```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0239--CV (JKS)
                "MARLENE G. MEYER V ARG ENTERPRISES INC"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/11/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (360) Other personal injury
                    28:1332
            Origin: (2) Removed from State Court
            Demand:
       Filing fee: Paid $250.00 on 10/11/05 receipt # 00126740
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1          MEYER, MARLENE G.                Robert J. Jurasek
                                                  Pentlarge Law Group
                                                  1400 W. Benson Boulevard
                                                  Suite 550
                                                  Anchorage, AK 99503
                                                  907-276-1919
                                                  FAX 907-276-8000

DEF 1.1          ARG ENTERPRISES INC              William A. Earnhart
                                                  Lane Powell et al
                                                  301 W. Northern Lights, #301
                                                  Anchorage, AK 99503-2648
                                                  907-277-9511
                                                  FAX 907-276-2631

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A05-0239--CV (JKS)
                    "MARLENE G. MEYER V ARG ENTERPRISES INC"

                              For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 10/11/05
          Closed: NO

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (1) Citizen of This State
   DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

  Nature of Suit: (360) Other personal injury
                  28:1332
          Origin: (2) Removed from State Court
          Demand:
      Filing fee: Paid $250.00 on 10/11/05 receipt # 00126740
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/11/05 | DEF 1 Notice of Removal from Superior Court case no 3AN-05-3-9487 w/att exh. |
| 2 - 1 | 10/13/05 | JKS Minute Order to Petitioner Subsequent to Removal. Petitioner to file w/crt w/i 10 days copies of state court docs and svc list. cc: cnsl |
| 3 - 1 | 10/14/05 | DEF 1 Service List. |
| 4 - 1 | 10/14/05 | DEF 1 Notice of compliance w/att exhs. |
| 4 - 2 | 10/14/05 | DEF 1 Jury Demand. |
| 5 - 1 | 10/14/05 | DEF 1 Answer to Complaint. |
| 6 - 1 | 10/14/05 | DEF 1 Notice of compliance re: state crt record & svc list. |
| 7 - 1 | 10/17/05 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/in 28 days from svc of this ord. cc: cnsl |
| 8 - 1 | 11/01/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report. |
| 9 - 1 | 11/04/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 08/01/06; Dispositive motions deadline 09/01/06. cc: cnsl |