William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone   907.277-9511
Facsimile:   907.276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,<br><br>         Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC., aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>         Defendant. | Case No. A05-239 CV (TMB)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** |

COME NOW the parties, by and through counsel, and move the Court for an order extending the due date of the Status Report currently due May 23, 2006, pursuant to the Court's Order entered May 11, 2006, at Docket 11, for the following reasons:

1. Plaintiff's attorney is attending depositions on May 22 and 23, 2006, and will be out of the state through June 1, 2006.

2. Plaintiff's adult son recently died and plaintiff is spending time out of the state with her daughter-in-law and grandchildren of her deceased son and does not expect to be back in Alaska until early June.

3. Considering the schedules of all counsel and plaintiff, an extension of time to June 16, 2006, is requested.

DATED this 23rd day of May, 2006.

PENTLARGE LAW GROUP
Attorneys for Plaintiff


By   /s/ Robert J. Jurasek
     1400 West Benson Blvd., Suite 550
     Anchorage, Alaska  99503-69
     Telephone     907-276-1919
     Facsimile:    907-276-8000
     E-mail: rjurasek@gci.net
     ASBA No. 9111071

LANE POWELL LLC
Attorneys for Defendant


By     /s/ William A. Earnhart
       William A. Earnhart,
       LANE POWELL LLC
       301 West Northern Lights Blvd. Ste 301
       Anchorage, Alaska  99503-2648
       Telephone     907.277-9511
       Facsimile:    907.276-2631
       E-mail: earnhartw@lanepowell.com
       ASBA No. 9411099

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631

101784.0024/155222.1