William A. Earnhart, Esq., ASBA 9411099
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone   907.277-9511
Facsimile:   907.276-2631
E-mail: earnhartw@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,<br><br>                    Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC., aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>                    Defendant. | Case No. A05-239 CV (TMB)<br><br>**(PROPOSED)**<br>**ORDER RE: JOINT MOTION FOR**<br>**EXTENSION OF TIME TO FILE**<br>**<u>STATUS REPORT</u>** |

The parties' Joint Motion For Extension of Time To File Status Report is hereby GRANTED. The time for filing the joint status report is extended from May 23, 2006, to June 16, 2006.

DATED this ____ day of May, 2006.

_____
Judge Timothy M. Burgess

101784.0024/155223.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631