William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**NOTICE OF CHANGE OF ADDRESS**

William A. Earnhart, counsel for defendant WAL-MART STORES, INC., hereby serves notice of his change of address to the following firm:

    William A. Earnhart
    RICHMOND & QUINN
    360 "K" Street, Suite 200
    Anchorage, Alaska 99501
    Telephone:  (907) 276-5727
    Facsimile:  (907) 276-2953
    wearnhart@richmondquinn.com

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this ____ day of July, 2006, at Anchorage, Alaska.

                                      RICHMOND & QUINN
                                      Attorneys for Defendant

                          By:      s/ William A. Earnhart
                                      RICHMOND & QUINN, PC
                                      360 "K" Street, Suite 200
                                      Anchorage, Alaska 99501
                                      Ph:  (907) 276-5727
                                      Fax: (907) 276-2953
                                      wearnhart@richmondquinn.com
                                      Alaska Bar. No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this _____ day of July, 2006 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
    RICHMOND & QUINN


2043\005\PLD\ADDRESS CHANGE

NOTICE OF CHANGE OF ADDRESS
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 2