Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:          (907) 276-8000
Attorneys for Plaintiff

RECEIVED
JUL 2 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Document Returned
☐ Due to Incorrect or no case #
☐ Per Civil Rule 5
☒ Other
Correct # is *Wrong Court*
Date Corrected _____ Your Name _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC., aka ) <br> STUART ANDERSON'S CATTLE ) <br> COMPANY RESTAURANTS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-0239 CV (JKR) <br><br> **STATUS REPORT** |

RECEIVED
PENTLARGE LAW GROUP
JUL 26 2006
CAL & TICK _____
ATTY REVIEW _____

COMES NOW Plaintiff, Marlene G. Meyer by and through her attorneys, PENTLARGE LAW GROUP, and hereby provides notice to the court regarding the status of the case. Defense attorney William Earnhart left Lane Powell, LLC and this case was assigned to attorney Shannon Martin at Lane Powell, LLC. Mr. Martin has informed me that the claims adjustor requested that the file be transferred to William Earnhart at his new law firm, Richmond & Quinn. Plaintiff is currently waiting for Mr. Earnhart to obtain the file from his prior employer so this matter can be moved forward.

DATED at Anchorage, Alaska on this ___24___ day of July, 2006.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek, ASBA 9111071

PENTLARGE LAW GROUP
1400 West Benson Boulevard   Suite 550
Anchorage, AK   99503
(907) 276-1919    276-8000 (Fax)

Certificate of Service
I hereby certify that a true and correct
Copy of the foregoing document was
Hand Delivered/ Faxed/ Mailed
On this __24__ day of July, 2006
On the following:

William A. Earnhart, Esq.
Richmond & Quinn 360 K. Street, Suite 200
Anchorage, Alaska 99501

Shannon Martin
Lane Powell, LLC
301 W Northern Lights Blvd., Suite 301
Anchorage, AK 99503-2648

_____
Cindy Buntz

PLAINTIFF'S INITIAL DISCLOSURES
Page 2