William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**STATUS REPORT TO COURT**

This court requested a status report on May 9, 2006 and the parties were granted an extension of time to file a report with the court on May 24, 2006.  In this subsequent 80 days, defense counsel has changed firms and defense counsel has been reassigned.  The following is the parties' response to the court's original May 9 order.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

A. <u>Nature of the Case</u>.

1. Robert Jurasek for plaintiff; William Earnhart for defendant.

2. Diversity.

3. Personal Injury (slip and fall).

4. All parties have been served.

5. Applicability of building codes.

6. Principal factual issues: Negligence and causation.

B. <u>Discovery</u>.

Preliminary written discovery and plaintiff's deposition have been taken. No pending motions. The parties anticipate motion practice regarding claims of building code violations.

C. <u>Trial</u>.

A jury trial has been requested. The parties expect a three-day jury trial. A scheduling and planning order was entered into by the court on November 4, 2005. The parties now expect that discovery will be completed on or before November 30, 2006, and ask that the court enter a new scheduling and planning order consistent with the previous

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

pretrial order and the new date for completion of discovery, i.e., all deadlines moved back 120 days.

DATED this ____ day of August, 2006, at Anchorage, Alaska.

          PENTLARGE LAW GROUP
          Attorneys for Plaintiff

By:    s/ Robert J. Jurasek
     PENTLARGE LAW GROUP
     1400 W. Benson Blvd., Ste. 550
     Anchorage, Alaska 99503
     Ph: (907) 276-1919
     Fax: (907) 276-8000
     rjurasek@gci.net
     Alaska Bar. No. 9111071

          RICHMOND & QUINN
          Attorneys for Defendant

By:    s/ William A. Earnhart
     RICHMOND & QUINN, PC
     360 "K" Street, Suite 200
     Anchorage, Alaska 99501
     Ph: (907) 276-5727
     Fax: (907) 276-2953
     wearnhart@richmondquinn.com
     Alaska Bar. No. 9411099

2043\005\PLD\STATUS REPORT

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**STATUS REPORT TO COURT**
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3