RECEIVED
DEC 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:      (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER,              )
                               )
          Plaintiff,           )
                               )
v.                             )   Case No. A05-0239 CV (JKS)
                               )
ARG ENTERPRISES, INC., aka     )
STUART ANDERSON'S CATTLE       )
COMPANY RESTAURANTS,           )
                               )
                               )
          Defendant.           )
_____)

### CERTIFICATE OF READINESS FOR TRIAL

COMES NOW Plaintiff, Marlene G. Meyer by and through her attorneys, PENTLARGE LAW GROUP, and pursuant to this Court's Order of November 30, 2006 hereby files the Certification of Readiness for Trial.

Counsel have discussed this matter and agree that additional expert discovery is necessary. The parties request a status conference with the court in approximately thirty (30) day to discuss scheduling of trial, settlement, and any remaining expert discovery issues.

DATED at Anchorage, Alaska on this ___7___ day of December, 2006.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek-ASBA 9111071

Certificate of Service
I hereby certify that a true and correct
Copy of the foregoing document was
Hand Delivered/ Faxed/ Mailed
On this _7_ day of December, 2006
On the following:

William A. Earnhart, Esq.
Richmond & Quinn 360 K. Street, Suite 200
Anchorage, Alaska 99501

_____
Cindy Buntz