```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

     MARLENE G. MEYER    vs.  ARG ENTERPRISES INCORPORATED


BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:05-cv-00239-TMB

DEPUTY CLERK/RECORDER:   Patty Demeter

APPEARANCES:    PLAINTIFF: Robert J. Jurasek

                DEFENDANT: William A. Earnhart

PROCEEDINGS: STATUS CONFERENCE (HELD 12/20/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:04 p.m. court convened.

Court and counsel heard re status of case.

Continued Status conference set Thursday, December 28, 2006 at 9:00 a.m..  Court requests that a representative for each party participate.  The representatives may participate telephonically.  Counsel shall call Elisa Singleton at 907-677-6105, at least 24 hours prior to the status conference to arrange telephonic participation for their clients.

At 2:14 p.m. court adjourned.

DATE: December 20, 2006            DEPUTY CLERK'S INITIALS: pld