William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

### PROPOSED TRIAL DATES

Pursuant to discussion with the court on December 20, 2006, the parties hereby submit to the court that they will be available to try this matter during the week of April 30, 2007, June 18, 2007 or June 25, 2007.  The parties expect to conclude discovery by the end of January with motions in limine and a motion regarding negligence per se to be filed by February 14, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

Dated: December 26, 2006        s/ Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99501
Ph:  (907) 276-1919
Fax: (907) 276-8000
rjurasek@gci.net
Alaska Bar No. 9111071

RICHMOND & QUINN
Attorneys for Defendant

Dated: December 26, 2006        s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar No. 9411099

2043\005\PLD\TRIAL DATES

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

PROPOSED TRIAL DATES
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 2