```
          MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

   MARLENE G. MEYER       vs.    ARG ENTERPRISES INCORPORATED

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:05-CV-00239-TMB

DEPUTY CLERK/RECORDER:   Linda Christensen

APPEARANCES:    PLAINTIFF: ROBERT J. JURASEK

                DEFENDANT: WILLIAM A. EARNHART

PROCEEDINGS:   STATUS CONFERENCE Held 12/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 9:08 a.m. court convened with plaintiff and defendant's attorney representative present telephonically.

Court and counsel heard re: settlement. Counsels joint oral motion for settlement conference **GRANTED**. Court will refer settlement matter; counsel will be notified of name of settlement judge and date and time of settlement conference.

Court to advise counsel of trial date and will issue a pretrial preparation order.

At 9:16 a.m. court adjourned.

DATE:  DECEMBER 28, 2006    DEPUTY CLERK'S INITIALS:    lc