**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

MARLENE G. MEYER,              )
                               )
        Plaintiff,             )
                               )   Case: 3:05-cv-239 TMB
vs.                            )
                               )   ORDER
ARG ENTERPRISES, INC., aka     )
Stuart Anderson's Cattle       )
Company Restaurants,           )
                               )
        Defendant.             )
_____)

The court has reviewed the settlement briefs in the above cause.  The monetary differences between the parties are very great, and the court finds the possibility of settlement at this time to be remote.  Therefore:

IT IS ORDERED that no settlement conference be set at present.

If either party wishes to examine its settlement position, the court may be notified; and if then appearing reasonable, such a conference may be held subsequent to March 1, 2007.

DATED at Anchorage, Alaska, this Tenth day of January 2007.

                                    S/James A. von der Heydt
                                    James A. von der Heydt
                                    UNITED STATES DISTRICT JUDGE