*A Member of the International Code Family*

# International Building Code®



ICC
INTERNATIONAL CODE COUNCIL

**2003**

Exhibit E
Page 1 of 2 Pages

**MEANS OF EGRESS**

mm) below the finished floor level of the adjacent interior space of the dwelling unit.

**1008.1.5 Landings at doors.** Landings shall have a width not less than the width of the stairway or the door, whichever is the greater. Doors in the fully open position shall not reduce a required dimension by more than 7 inches (178 mm). When a landing serves an occupant load of 50 or more, doors in any position shall not reduce the landing to less than one-half its required width. Landings shall have a length measured in the direction of travel of not less than 44 inches (1118 mm).

Exception: Landing length in the direction of travel in Group R-3 as applicable in Section 101.2 and Group U and within individual units of Group R-2 as applicable in Section 101.2, need not exceed 36 inches (914 mm).

**1008.1.6 Thresholds.** Thresholds at doorways shall not exceed 0.75 inch (19.1 mm) in height for sliding doors serving dwelling units or 0.5 inch (12.7 mm) for other doors. Raised thresholds and floor level changes greater than 0.25 inch (6.4 mm) at doorways shall be beveled with a slope not greater than one unit vertical in two units horizontal (50-percent slope).

Exception: The threshold height shall be limited to 7 3/4 inches (197 mm) where the occupancy is Group R-2 or R-3 as applicable in Section 101.2, the door is an exterior door that is not a component of the required means of egress and the doorway is not on an accessible route.

**1008.1.7 Door arrangement.** Space between two doors in series shall be 48 inches (1219 mm) minimum plus the width of a door swinging into the space. Doors in series shall swing either in the same direction or away from the space between doors.

Exceptions:
1. The minimum distance between horizontal sliding power-operated doors in a series shall be 48 inches (1219 mm).
2. Storm and screen doors serving individual dwelling units in Groups R-2 and R-3 as applicable in Section 101.2 need not be spaced 48 inches (1219 mm) from the other door.
3. Doors within individual dwelling units in Groups R-2 and R-3 as applicable in Section 101.2 other than within Type A dwelling units.

**1008.1.8 Door operations.** Except as specifically permitted by this section egress doors shall be readily openable from the egress side without the use of a key or special knowledge or effort.

**1008.1.8.1 Hardware.** Door handles, pulls, latches, locks and other operating devices on doors required to be accessible by Chapter 11 shall not require tight grasping, tight pinching or twisting of the wrist to operate.

**1008.1.8.2 Hardware height.** Door handles, pulls, latches, locks and other operating devices shall be installed 34 inches (864 mm) minimum and 48 inches (1219 mm) maximum above the finished floor. Locks used only for security purposes and not used for normal operation are permitted at any height.

**1008.1.8.3 Locks and latches.** Locks and latches shall be permitted to prevent operation of doors where any of the following exists:

1. Places of detention or restraint.
2. In buildings in occupancy Group A having an occupant load of 300 or less, Groups B, F, M and S, and in churches, the main exterior door or doors are permitted to be equipped with key-operated locking devices from the egress side provided:
   2.1. The locking device is readily distinguishable as locked.
   2.2. A readily visible durable sign is posted on the egress side on or adjacent to the door stating: THIS DOOR TO REMAIN UNLOCKED WHEN BUILDING IS OCCUPIED. The sign shall be in letters 1 inch (25 mm) high on a contrasting background.
   2.3. The use of the key-operated locking device is revokable by the building official for due cause.
3. Where egress doors are used in pairs, approved automatic flush bolts shall be permitted to be used, provided that the door leaf having the automatic flush bolts has no doorknob or surface-mounted hardware.
4. Doors from individual dwelling or sleeping units of Group R occupancies having an occupant load of 10 or less are permitted to be equipped with a night latch, dead bolt or security chain, provided such devices are openable from the inside without the use of a key or tool.

**1008.1.8.4 Bolt locks.** Manually operated flush bolts or surface bolts are not permitted.

Exceptions:
1. On doors not required for egress in individual dwelling units or sleeping units.
2. Where a pair of doors serves a storage or equipment room, manually operated edge- or surface-mounted bolts are permitted on the inactive leaf.

**1008.1.8.5 Unlatching.** The unlatching of any leaf shall not require more than one operation.

Exception: More than one operation is permitted for unlatching doors in the following locations:

1. Places of detention or restraint.
2. Where manually operated bolt locks are permitted by Section 1008.1.8.4.
3. Doors with automatic flush bolts as permitted by Section 1008.1.8.3, Exception 3.
4. Doors from individual dwelling units and guestrooms of Group R occupancies as permitted by Section 1008.1.8.3, Exception 4.

**2003 INTERNATIONAL BUILDING CODE**

Page 2 of 2 Pages  Exhibit M