Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, AK 99503
Telephone (907) 276-1919
Fax: (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER,

Plaintiff,

v.

ARG ENTERPRISES, INC., aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,

Defendant.

Case No. A05-239 CV (JKS)

**FIRST DISCOVERY REQUESTS TO PLAINTIFF**

COMES NOW plaintiff, MARLENE G. MEYER by and through counsel, and pursuant to Rules 33 and 34 of Alaska R. Civ. P., to request that plaintiff in this matter answer, in writing, within thirty days (plus three if mailed) of the date of service hereof, the following requests for production and interrogatories.

Please be advised that plaintiff is under a continuing obligation for the supplementation of the answers to these discovery requests based on newly acquired information.

INSTRUCTIONS

Interrogatories:

The interrogatories set forth below are served upon you in accordance with Rules 26 and 33 of the Alaska R. Civ. P. Each interrogatory must be answered separately and in the fullest detail possible, under oath, in the spaces provided, using additional sheets as needed.

If any interrogatory is objected to, the reasons for the objection must be stated. If the objection is made to part of an interrogatory, the part objected to must be specified.

Exhibit A

Page 1 of 2 Pages

| | |
|---|---|
| Opthalmic Association (Dr. Rosen) | $ 6,743.00 |
| Dr. Scott Keister | $ 715.00 |
| Providence Anchorage Anesthesia Medical | $ 1,008.70 |
| Dr. T. Ikahihifo | $ 393.00 |
| Sears Optical | $ 513.98 |
| Providence Health System | $ 4,885.68 |
| Carrs Pharmacy | $ 48.06 |
| Fred Meyer Pharmacy | $ 103.35 |
| TOTAL | $ 23,161.64 |

INTERROGATORY NO. 11: Please provide a general summary of all activities of plaintiff on the date of the accident from the time plaintiff got out of bed until the time plaintiff went to bed. In providing this summary, please provide the times each activity began and ended to the best of plaintiff's recollection.

ANSWER:

1-7-05-8:00 a.m. Went to office, did office duties.

1:00 p.m. Went to lunch at Stuart Anderson's Cattle Company with two friends.

2:30 p.m. Finished lunch and walked out the door along the sidewalk beside the building and tripped on a lip of the sidewalk and slammed my face into the cement. I was unable to get up, so I crawled to the nearest car and used the bumper of the car to pull myself up. I was stunned and since my nose was bleeding, I went to my vehicle and got some Kleenex and cleaned up myself before going back into the restaurant to report this fall to the General Manager-Kerry Young. We sat down and he wrote out an accident report. I had him come outside with me to show him where I tripped. There was some drops of my blood on the sidewalk. I drove myself to (First Care) to have my wrist/arm looked at. I thought I broke my arm. The doctor put a cast on my arm. I didn't feel so good so I called (Ruth Jessen) to pick me up from First Care Medical Center and take me back to the office (Arctic Inn Motel). I went to my room and rested for the rest of the day and night.

Exhibit A

Page 2 of 2 Pages