DEF 00002
Meyer v. Cattle Co.

Exhibit B
Page 1 of 1 Pages