William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS, | ) ) ) ) |
| Defendant. | ) Case 3:05-cv-00239-TMB ) |

**NOTICE OF ATTACHMENT**

Defendant ARG enterprises Inc., hereby files its Exhibit A, Resume of Rick Button, to Docket #27, Defendant's Motion in Limine to Exclude the Testimony of Plaintiff's Expert, Richard Button.

DATED this 26th day of February, 2007, at Anchorage, Alaska.

                                        RICHMOND & QUINN
                                        Attorneys for Defendant

By:     s/ William A. Earnhart
         RICHMOND & QUINN, PC
         360 "K" Street, Suite 200
         Anchorage, Alaska 99501
         Ph: (907) 276-5727
         Fax: (907) 276-2953
         wearnhart@richmondquinn.com
         Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 26th day of February, 2007 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

    /s/ William A. Earnhart
    RICHMOND & QUINN

2043\005\PLD\NOTICE OF ATTACHMENT