# RICHARD C. BUTTON, P.E.

## Expert Witness Qualifications

I, Richard C. Button, P.E. have conducted numerous investigations and evaluations into both residential and commercial building envelope failure, i.e., condensation problems, chronic roof leaks, or roof, floor and wall failures. I have provided expert witness testimony on several occasions for slip and fall accidents. I have been approved as a qualified expert witness and have testified before the Alaska State Courts on at least two occasions.

I have been a licensed engineer by the State of Alaska since 1981.

In 1973, I graduated from the University of Washington (Seattle, Washington) with a Bachelor of Science degree in Civil Engineering. I have over 30 years of professional engineering experience (29 years of which have been in Alaska).

I am the founding principal of EEIS Consulting Engineers, Inc., an Alaska corporation established in 1985.

EEIS Consulting Engineers, Inc. (EEIS) has been involved as either the prime consultant, structural consultant, or project engineer on a variety of structural and civil engineering projects in Alaska.

My services have included structural engineering for residential, commercial, and industrial design in wood, steel, concrete and masonry. I provide design management on all major EEIS projects. In that capacity I participate in the conceptual design and layout of projects and then coordinate the various disciplines during project design.

Exhibit A

Page 1 of 3 Pages

RICHARD C. BUTTON, P.E.
EXPERT WITNESS QUALIFICATIONS

I have been involved in the following cases in the last four years:

1) Brittain and Pentlarge - Scott vrs Mann    Reviewed file, discussed case. Case settled in mediation.

2) Brittain and Pentlarge - Gillespie vrs. Arctic Structures    Wrote report of opinion. Case pending.

3) Stone and Jenicek - Camille vrs Omni    Reviewed information and discussed case. Case pending.

4) LeGros, Buchanan & Paul - Godwin vrs Pacific Rim Property    Report and deposition. Case pending.

5) Bettine – Powell vrs Durango    Visited site, provided report, was deposed. Case pending.

6) Brittain and Pentlarge – Miller vrs Schwamm    Reviewed documentation of accident, did structural calclations, proivded written report. Case pending.

7) Stone and Jenicek - Turney vrs Haynes    Visited site, provided written report.

8) Stone and Jenicek - Wood vrs Torrance vrs Little Bear Construction    Visited site, provided verbal opinion.

9) Brittain and Pentlarge - Meyer vrs The Cattle Company    Visited site, provided report.

10) Pentlarge - Wright vrs Russian Jack Apartments    Visited site. Will provide report. Case pending.

11) Stone and Jenicek - Wasilla Case    Visited site, provided drawings / cross section of site and verbal opinion.

12) Stone and Jenicek - Alexie vrs Dong Joon Lim    Visited site and provided verbal opinion. Case pending.

Exhibit _A_

Page _2_ of _3_ Pages

RICHARD C. BUTTON, P.E.
EXPERT WITNESS QUALIFICATIONS

13) Pentlarge – Adrian vrs Alyeska Prince Hotel    Visited site and provided written report. Was deposed.

14) Bucholdt – Moell vrs Matsu Borough    Visited site and provided written report.

15) Pentlarge – Breeze vrs Sinclair    Visited site and provided written report.

16) Pentlarge – Byers vrs Century Theaters    Wrote letter of professional opinion.

17) Stone and Jenicek – Cobb vrs CIRI vrs Waterworks    On hold.

        Richard C. Button, P.E. signature and seal at left has
        SUBSCRIBED AND SWORN TO before me this ____ day
        of _____, 2006, AT Anchorage, Alaska.

        Notary in and for the State of Alaska
        My commission expires:

Exhibit __A__
Page __3__ of __3__ Pages