Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:          (907) 276-8000
Attorneys for Plaintiff



RECEIVED
FEB 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER,                )
                                 )
         Plaintiff,              )
                                 )
v.                               )    Case No. A05-0239 CV (JKS)
                                 )
ARG ENTERPRISES, INC., aka       )
STUART ANDERSON'S CATTLE         )
COMPANY RESTAURANTS,             )    **PLAINTIFF'S UNOPPOSED MOTION TO**
                                 )    **CONTINUE TRIAL DATES**
         Defendant.              )
_____)

COMES NOW Plaintiff, Marlene G. Meyer, through counsel, Pentlarge law Group, and hereby files this Unopposed Motion to Continue Trial Dates currently set for May 14, 2007 to any week in July of 2007 or the first week in August as plaintiff's counsel will be traveling out of state the week of May 14, 2007 for a medical school graduation and will be out of state on depositions or in trial for the month of June. Opposing counsel, William Earnhart, does not oppose this motion.

DATED at Anchorage, Alaska, this 26 day of February 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek
ABA # 9111071

## ORDER

IT IS HEREBY ORDERED. The Jury Trail is scheduled for _____ day of _____, 2007.

_____
U.S. District Court Judge

Certificate of Service
I certify that a true and correct copy of the foregoing document was served by ~~mail~~ on HD

William A. Earnhart, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

Cindy Buntz  2/26/07