Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:       (907) 276-8000
Attorneys for Plaintiff



RECEIVED
FEB 26 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER,              )
                               )
            Plaintiff,         )
                               )
v.                             )   Case No. A05-0239 CV (JKS)
                               )
ARG ENTERPRISES, INC., aka     )
STUART ANDERSON'S CATTLE       )
COMPANY RESTAURANTS,           )
            Defendant.         )
                               )

### AFFIDAVIT OF ROBERT JURASEK

I, Robert Jurasek, being first duly sworn, depose and state as follows:

1.  My office contacted defense William Earnhart on Monday, February 26, 2007. Mr. Earnhart notified my office that he would not oppose a Motion to Continue Trial Dates for any week in July 2007 or the first week in August 2007.

_____
Robert Jurasek

SUBSCRIBED AND SWORN to before me this 26 day of February 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 3/9/2010

Affidavit of Robert Jurasek
Page 1 of 1