Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:      (907) 276-8000
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,<br><br>      Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC., aka<br>STUART ANDERSON'S CATTLE<br>COMPANY RESTAURANTS,<br><br>      Defendant. | Case No. 3:05-CV-00239-TMB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE OF TIME** |

COMES NOW Plaintiff, Marlene G. Meyer, through counsel, Pentlarge Law Group, and hereby files this Unopposed Motion for Continuance of Time to file Plaintiff's response to Defendant's Motion in Limine to Exclude the Testimony of Plaintiff's Expert Richard Benton and Motion for Partial Summary Judgment on Count Two of Plaintiff's Complaint, Negligence *Per Se*. The undersigned has spoken with defense counsel William Earnhart who does not oppose this motion. The undersigned makes the request for extension of time to file oppositions to Defendant's motions on or before March 22, 2007 for the reason that Plaintiff's counsel will be out of state in depositions the week of March 12, 2007.

DATED at Anchorage, Alaska, this 6 day of March 2007.

                                          PENTLARGE LAW GROUP
                                          Attorneys for Plaintiff

                                  By: _____
                                        Robert J. Jurasek
                                        ABA # 9111071

Certificate of Service
I certify that a true and
correct copy of the foregoing
document was served by mail on

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

_____ 3/6/06
Robin McReynolds