Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:          (907) 276-8000
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ARG ENTERPRISES, INC., aka  )<br>STUART ANDERSON'S CATTLE  )<br>COMPANY RESTAURANTS,  )<br>Defendant.  )<br>_____ ) | Case No. 3:05-cv-00239-TMB |

### AFFIDAVIT OF ROBERT JURASEK

I, Robert Jurasek, being first duly sworn, depose and state as follows:

1. I contacted defense attorney William Earnhart on Tuesday, March 6, 2007. Mr. Earnhart stated that he does not oppose my filing an Unopposed Motion for Extension of Time.

Further your affiant sayeth naught.

_____
Robert Jurasek

SUBSCRIBED AND SWORN to before me this ___6___ day of March 2007.



_____
Notary Public in and for Alaska
My Commission Expires: _2-14-10_

Affidavit of Robert Jurasek
Page 1