```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA

         MARLENE G. MEYER            vs.  ARG ENTERPRISES INCORPORATED

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:05-CV-00239-TMB

DEPUTY CLERK/RECORDER:          SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:    ROBERT J. JERASEK

                DEFENDANT:    WILLIAM EARNHART - TELEPHONIC
```

PROCEEDINGS: STATUS CONFERENCE RE MOTION TO CONTINUE TRIAL (DKT 30) HELD 3/08/07:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:40 a.m. court convened.

Court and counsel heard re Plaintiff's Motion to Continue Trial (Dkt 30); **GRANTED.**

Trial by Jury previously set for **5/14/07 at 9:00 a.m. is VACATED.**

Trial by Jury reset for **5/23/07 at 8:30 a.m.**

At 11:48 a.m. court adjourned.

DATE:     March 8, 2007        DEPUTY CLERK'S INITIALS:     SCL