William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARG ENTERPRISES, INC. aka STUART )<br>ANDERSON'S CATTLE COMPANY )<br>RESTAURANTS, )<br>)<br>Defendant. ) | Case 3:05-cv-00239-TMB |

### NOTICE TO COURT REGARDING PROPOSED PRETRIAL ORDER

The parties have met telephonically in this matter and a Proposed Pretrial Order was drafted last week. However, plaintiff's counsel has just returned from a business trip and is currently in depositions. A final Proposed Pretrial Order will be filed by the end of the week.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 19th day of March, 2007, at Anchorage, Alaska.

                RICHMOND & QUINN
                Attorneys for Defendant

By:    s/ William A. Earnhart
     RICHMOND & QUINN, PC
     360 "K" Street, Suite 200
     Anchorage, Alaska 99501
     Ph: (907) 276-5727
     Fax: (907) 276-2953
     wearnhart@richmondquinn.com
     Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 19th day of March, 2007 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

    /s/ William A. Earnhart
    RICHMOND & QUINN

2043\005\PLD\NOTICE (PRETRIAL ORDER)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE TO COURT REGARDING PROPOSED PRETRIAL ORDER
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 2