and not less than 36 inches (915 mm) above the floor. Electrical and communications system receptacles on walls shall be mounted a minimum of 15 inches (380 mm) above the floor. Door hardware shall be mounted at not less than 36 inches (915 mm) and not more than 48 inches (1220 mm) above the floor.



### 23.15.1106.3.3 Clear Floor Space

Clear floor space that allows a forward or a side approach shall be provided at all controls or hardware.

### 23.15.1106.4 Accessible Route Of Travel

### 23.15.1106.4.1 Width

The minimum clear width of an accessible route of travel shall be 36 inches (915 mm) except at doors (see Section 1106.10.2). Where an accessible route includes a 180 degree turn around an obstruction which is less than 48 inches (1220 mm) in width, the clear width of the accessible route of travel around the obstruction shall be 42 inches (1065 mm) minimum. For exterior accessible routes of travel, the minimum clear width shall be 44 inches (1118 mm)      ? .

> EXCEPTION: The minimum width for single wheelchair passage may be 32 inches (815 mm) for a maximum distance of 24 inches (610 mm).      ?

Where an accessible route of travel is less than 60 inches (1525 mm) in width, passing spaces at least 60 inches (1525 mm) by 60 inches (1525 mm) shall be located at intervals not to exceed 200 feet (61 m). A T-shaped intersection of two corridors or walks may be used as a passing space.

### 23.15.1106.4.2 Height

Accessible routes shall have a clear height of not less than 79 inches (2007 mm). Where the vertical clearance of an area adjoining an accessible route of travel is less than 79 inches (2007 mm) but more than 27 inches (685 mm), a continuous permanent barrier shall be installed to prevent traffic into such areas of reduced clearance.

### 23.15.1106.4.3 Slope

An accessible route of travel shall have a running slope not greater than 1 vertical in 12 horizontal. An accessible route of travel with a running slope greater than 1 vertical in 20 horizontal shall comply with Section 1106.8. Cross slopes of an accessible route of travel shall not exceed 1 vertical in 48 horizontal.     ?

Page 22 of 60

### 23.15.1106.4.4 Changes In Level

Changes in level along an accessible route of travel shall comply with Section 1106.6. St[...]

PLAINTIFF
EXHIBIT NO. 3
ADMITTED ☐
3:05:CV:00255TMB
(CASE NUMBER)

escalators shall not be part of an accessible route of travel. Any raised area within an accessible route of travel shall be cut through to maintain a level route or shall have curb ramps at both sides and a level area not less than 48 inches (1220 mm) long connecting the ramps ?.

### 23.15.1106.4.5 Surfaces

All floor and ground surfaces in an accessible route of travel shall comply with Section 1106.7.

### 23.15.1106.4.6 Illumination

Illumination shall be provided along an exterior accessible route of travel at any time the building is occupied, with an intensity of not less than one foot-candle (10.76 lu[L]x) on the surface of the route.

### 23.15.1106.4.7 Curb Ramps

### 23.15.1106.4.7.1 Slope

Slopes of curb ramps shall comply with Section 1106.8. Transitions from ramps to walks, gutters, or vehicular ways shall be flush and free of abrupt changes in height. Maximum slopes of adjoining gutters and road surfaces immediately adjacent to the curb ramp or accessible route of travel shall not exceed 1 vertical in 20 horizontal. ?

### 23.15.1106.4.7.2 Width

Curb ramps shall be not less than 36 inches (915 mm) in width, exclusive of the required side slopes. ?

### 23.15.1106.4.7.3 Side Slopes Of Curb Ramps

Curb ramps located where pedestrians must walk across the ramp, or where not protected by handrails or guardrails, shall have sloped sides. The maximum side slope shall be 1 vertical in 10 horizontal. Curb ramps with returned curbs may be used where pedestrians would not normally walk across the ramp. ?

> EXCEPTION: Where the width of the walking surface at the top of the ramp and parallel to the run of the ramp is less than 48 inches (1220 mm), the maximum side slope shall be 1 vertical in 12 horizontal.

### 23.15.1106.4.7.4 Location

Built-up curb ramps shall be located so as not to project into vehicular ways nor be located within accessible parking spaces.

### 23.15.1106.4.7.5 Obstructions

Curb ramps shall be located or protected to prevent their obstruction by parked vehicles.

### 23.15.1106.4.7.6 Location At Marked Cross Walks

Curb ramps at marked cross walks shall be wholly contained within the markings, excluding any sloped sides.

### 23.15.1106.4.7.7 Orientation

Curb ramps shall be oriented in the same direction as pedestrian flow of crosswalks; diagonally oriented curb ramps are prohibited.

### 23.15.1106.4.8 Vehicular Areas

Where an accessible route of travel crosses or adjoins a vehicular way, and where there are no curbs, railings or other elements which separate the pedestrian and vehicular areas, and which are detectable by a person who has a severe vision impairment, the boundary between the areas shall be defined by a continuous detectable warning not less than 36 inches (915 mm) wide, complying with Section 1106.17.

### 23.15.1106.5 Protruding Objects

Protruding objects shall not reduce the clear width of a route of travel or maneuvering space. Any wall- or post-mounted object with its leading edge between 27 inches (685 mm) and 79 inches (2007 mm) above the floor may project not more than 4 inches (102 mm) into a route of travel, corridor, passageway or aisle. Any wall- or post-mounted projection greater than 4 inches (102 mm) shall extend to the floor.    ?

### 23.15.1106.6 Changes In Level

Accessible routes of travel and accessible spaces within buildings shall have continuous common floor or ramp surfaces. Abrupt change in height greater than 1/4 inch (6 mm) shall be beveled to 1 vertical in 2 horizontal. Changes in level greater than 1/2 inch (13 mm) shall be accomplished by means of a ramp meeting the requirements of Section 1106.8, a curb ramp meeting the requirements of Section 1106.4.7, or an elevator or platform lift meeting the requirements of Section 1105.3. For Type B dwelling units, see also Section 1106.27.    ?

### 23.15.1106.7 Floor Coverings And Surface Treatments

### 23.15.1106.7.1 General

All surfaces shall be firm and stable.

### 23.15.1106.7.2 Carpeting

Carpeting and floor mats in accessible areas shall be securely fastened to the underlying surface, and shall provide a firm, stable, continuous, and relatively smooth surface.

EXHIBIT "3"
Page 3 of 3