Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:     (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC., aka ) <br> STUART ANDERSON'S CATTLE ) <br> COMPANY RESTAURANTS, ) <br> Defendant. ) <br> ) | Case No. A05-0239 CV (JKS) <br><br> **ORDER** |

COMES NOW the court having reviewed Defendant's Motion for Partial Summary Judgment on Count Two of Plaintiff's Complaint, Negligence Per Se, and any Opposition thereto, and reply therefrom, this court hereby DENIES defendant's Motion.

DATED at Anchorage, Alaska, this ____ day of March 2007.

_____
US District Court Judge

Certificate of Service
I certify that a true and
correct copy of the foregoing
document was served by mail on

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

_____
Cindy Buntz