Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax: (907) 276-8000
Attorneys for Plaintiff



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER, )
)
Plaintiff, )
)
v. ) Case No. 3:05-cv-00239-TMB
)
ARG ENTERPRISES, INC., aka )
STUART ANDERSON'S CATTLE )
COMPANY RESTAURANTS, )
Defendant. )
_____ )

### AFFIDAVIT OF RICHARD BUTTONS, P.E.

I, Richard Buttons, being first duly sworn, depose and state as follows:

1. I was retained by Robert Jurasek to provide an expert report regarding the location of the fall for Marlene Meyer.

2. On May 9, 2005 I provided an expert report for Robert Jurasek.

3. A review of the building codes and applicable accessibility standards revealed that defendant's sidewalk was not in compliance with the federal accessibility standards nor the Anchorage Municipal Code Title 23, Section 23.15.1106.4.4 and Anchorage Municipal Code Title 23.15.1106.6. As noted in my letter, it remains my opinion that the sidewalk is in violation of the codes.

Affidavit of Richard Buttons
Received Time Mar. 22. 1:47PM

4.   Attached to my Affidavit are my expert witness qualifications. I have been qualified as an expert in Alaska to provide testimony in trial and in depositions based on my education and training. I have reviewed the applicable building codes and accessibility standards and it is my opinion that defendant's sidewalk is in direct violation of the above sited codes.

_____
Richard Button

SUBSCRIBED AND SWORN to before me this 22 day of March 2007.

_____
Notary Public in and for Alaska
My Commission Expires: 11-3-09

