UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAR 22 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.
COPY

MARLENE G. MEYER,

    Plaintiff,

-vs-

ARG ENTERPRISES, INC. aka STUART
ANDERSON'S CATTLE COMPANY
RESTAURANTS,

    Defendant.
_____/
Case No. 3:05-cv-00239-TMB


DEPOSITION OF RICHARD BUTTON

Pages 1 - 44 inclusive

September 28, 2006, 10:00 a.m.

Anchorage, Alaska


PLAINTIFF
EXHIBIT NO. 1
ADMITTED ☐
3:05-CV-0239
(CASE NUMBER)

Page 1

Page 42

1   A. Yes. Beyond the swing of the door, it's not.
2   Q. Okay. I don't have any further questions.
3           EXAMINATION
4   BY MR. JURASEK:
5   Q. Just one quick, regardless if there's an actual
6   code violation, does this design of this sidewalk or its
7   current condition create a trip hazard?
8       MR. EARNHART: Foundation.
9       THE WITNESS: In my opinion, yes.
10      MR. JURASEK: No further questions.
11      MR. EARNHART: All right.
12      (Whereupon, the deposition was concluded
13      and reading and signing of said deposition
14      was not waived.)
15
16
17
18
19
20
21
22
23
24
25

Page 43

1   WITNESS CERTIFICATE
    MARLENE MEYER VS. ARG ENTERPRISES CASE NO. 3:05-cv-00239
2   RICHARD BUTTON       Taken Septmber 28, 2006
    I hereby certify that I have read the foregoing
3   deposition and accept it as true and correct, with the
    following exceptions:
4   _____
5   Page   Line        Reason For Change
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  Date Read       (Sign name here)
23
24  (Use additional paper to note corrections as needed,
25  dating and signing each one.)

Page 44

1
2           REPORTER'S CERTIFICATE
3
4
5       I, Britney E. Chonka, Court Reporter, hereby
6   certify:
7       That I am a Court Reporter for Alaska Stenotype
8   Reporters and Notary Public in and for the State of
9   Alaska at large. I certify Hereby that the forgoing
10  transcript is a true and correct transcript of said
11  proceedings taken before me at the time and place stated
12  in the caption therein.
13      I further certify that I am not of counsel to
14  either of the parties hereto or otherwise interested in
15  said cause.
16      In witness whereof, I hereunto set my hand and
17  affix my official seal this 10th day of October, 2006.
18
19
20      _____
21      BRITNEY E. CHONKA, REPORTER
22      Notary Public - State of Alaska
23
24
25

EXHIBIT "____"
Page ____ of ____

12 (Pages 42 to 44)