Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:      (907) 276-8000
Attorneys for Plaintiff



RECEIVED
MAR 22 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

MARLENE G. MEYER,            )
                             )
        Plaintiff,           )
                             )
v.                           )        Case No. A05-0239 CV (JKS)
                             )
ARG ENTERPRISES, INC., aka   )
STUART ANDERSON'S CATTLE     )
COMPANY RESTAURANTS,         )        **ORDER**
        Defendant.           )
                             )
_____)

COMES NOW the court having reviewed Defendant's Motion in Limine to exclude Plaintiff's Expert Richard Button, and any Opposition thereto, and reply therefrom, this court hereby DENIES defendant's Motion.

DATED at Anchorage, Alaska, this ____ day of March 2007.

_____
US District Court Judge

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919   276-8000 (FAX)

Certificate of Service
I certify that a true and
correct copy of the foregoing
document was served by mail on

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

Cindy Buntz    3/22/07