William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


MARLENE G. MEYER,                    )
                                     )
               Plaintiff,            )
                                     )
     v.                              )
                                     )
ARG ENTERPRISES, INC. aka STUART     )
ANDERSON'S CATTLE COMPANY            )
RESTAURANTS,                         )
                                     )
               Defendant.            ) Case 3:05-cv-00239-TMB
                                     )


**ERRATA TO NOTICE TO COURT RE PRETRIAL DEADLINES AND NON-OPPOSITION TO CONTINUATION OF THE SAME**

Please be advised that defendant, ARG enterprises, Inc. files the Proposed Order herewith to its Notice to Court Re Pretrial Deadlines and Non-Opposition to Continuation of the Same (Doc. 43).  The Proposed Order was inadvertently omitted when the referenced notice was filed with this court ON March 23, 2007.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 26th day of March, 2007, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By:     s/ William A. Earnhart
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com
Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 26th day of March, 2007 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

/s/ William A. Earnhart
RICHMOND & QUINN

2043\005\PLD\ERRATA TO NOTICE RE PRETRIAL DEADLINES

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953