William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARLENE G. MEYER,                        )
                                         )
            Plaintiff,                   )
                                         )
    v.                                   )
                                         )
ARG ENTERPRISES, INC. aka STUART         )
ANDERSON'S CATTLE COMPANY                )
RESTAURANTS,                             )
                                         )
            Defendant.                   ) Case 3:05-cv-00239-TMB
                                         )

## PROPOSED ORDER

The court having review the plaintiff unopposed motion to continue pretrial dates, hereby extends those pretrial dates as follows

    Draft Proposed Pretrial Order              April 6, 2007
    (Including witness lists and exhibits)

    Objections to exhibits                     April 13, 2007

    Arguments and authorities in favor         April 20, 2007
    of admission of said exhibits

| | |
|---|---|
| Jury Instructions | April 23, 2007 |
| Special Verdict form, voir dire and trial briefs | April 23, 2007 |

Dated: _____    _____
                            Timothy M. Burgess
                            U.S. District Court Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 23rd day of March, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

_____/s/ William A. Earnhart_____
       RICHMOND & QUINN

2043\005\PLD\NOTICE (ORDER)

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953