William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**NOTICE TO COURT RE PRETRIAL DEADLINES AND NON-OPPOSITION TO
CONTINUATION OF THE SAME**

Plaintiff's counsel's e-mail is apparently not working properly, therefore defendant submits to this court *plaintiff's* motion to continue the pretrial deadlines in the above-captioned matter.  Trial in this matter was originally scheduled for May 14, 2007 with proposed-pretrial deadlines. See docket number 25.  Now this case is set for trial starting

on May 23, 2007. See docket number 37. Plaintiff's counsel has been traveling and is in the process of replacing secretaries and asked that the pretrial deadlines in the above captioned matter be reset as follows:

| | |
|---|---|
| Draft Proposed Pretrial Order (Including witness lists and exhibits) | April 6, 2007 |
| Objections to exhibits | April 13, 2007 |
| Arguments and authorities in favor of admission of said exhibits | April 20, 2007 |
| Jury Instructions | April 23, 2007 |
| Special Verdict form, voir dire and trial briefs | April 23, 2007 |

Defense counsel does not oppose these extensions, but also informs the court that defendant has drafted and submitted to plaintiff a Proposed Pretrial Order and Exhibit List in accordance with to the original deadlines.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 27th day of March, 2007, at Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Defendant
>
> By:     s/ William A. Earnhart
> RICHMOND & QUINN, PC
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Ph: (907) 276-5727
> Fax: (907) 276-2953
> wearnhart@richmondquinn.com
> Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 27th day of March, 2007 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

/s/ William A. Earnhart
RICHMOND & QUINN

2043\005\NOTICE (PRETRIAL ORDER)