William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

### PROPOSED ORDER

The court having review the plaintiff unopposed motion to continue pretrial dates, hereby extends those pretrial dates as follows

    Draft Proposed Pretrial Order        April 6, 2007
    (Including witness lists and exhibits)

    Objections to exhibits                  April 13, 2007

    Arguments and authorities in favor    April 20, 2007
    of admission of said exhibits

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

| | |
|---|---|
| Jury Instructions | April 23, 2007 |
| Special Verdict form, voir dire and trial briefs | April 23, 2007 |

Dated: _____        _____
                                Timothy M. Burgess
                                U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 27th day of March, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

  /s/ William A. Earnhart
_____
    RICHMOND & QUINN

2043\005\PLD\PROPOSED ORDER

PROPOSED ORDER
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 2

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276.5727
FAX (907) 276.2953