3. An electronic signaling device is installed in accordance with ICC/ANSI 117.1 Section 702.

### 23.15.1106.1 Accessible Parking

Add the following at the end of the paragraph:

Accessible parking requirements. Accessible parking requirements for commercial, industrial, public, and institutional uses are as follows:

| Total Car Spaces in Parking Lot | Minimum Car Accessible Spaces | Minimum Van Accessible Spaces | Total Accessible Parking Spaces, Required Minimum |
|---|---|---|---|
| 1--25 | 0 | 1 | 1 |
| 26--50 | 1 | 1 | 2 |
| 51--75 | 2 | 1 | 3 |
| 76--100 | 3 | 1 | 4 |
| 101--150 | 4 | 1 | 5 |
| 151--200 | 5 | 1 | 6 |
| 200--300 | 6 | 1 | 7 |
| 301--400 | 7 | 1 | 8 |
| 401--500 | 8 | 1 | 9 |
| 501--549 | 9 | 2 | 11 |
| 550--599 | 10 | 2 | 12 |
| 600--649 | 11 | 2 | 13 |
| 650--699 | 12 | 2 | 14 |
| 700--749 | 13 | 2 | 15 |
| 750--799 | 14 | 2 | 16 |
| 800--849 | 15 | 2 | 17 |
| 850--899 | 16 | 2 | 18 |
| 900--949 | 17 | 2 | 19 |
| 950--999 | 17 | 3 | 20 |
| 1,000--1,099 | 18 | 3 | 20 |
| 1,100--1,199 | 19 | 3 | 21 |
| 1,200--1,299 | 20 | 3 | 22 |
| 1,300--1,399 | 21 | 3 | 23 |
| 1,400--1,499 | 21 | 3 | 24 |
| 1,500--1,599 | 22 | 3 | 25 |
| 1,600--1,699 | 23 | 3 | 26 |
| 1,700--1,799 | 24 | 3 | 27 |

Exhibit C
Page 1 of 2 Pages

| | | | |
|---|---|---|---|
| 1,800--1,899 | 25 | 4 | 28 |
| 1,900--1,999 | 26 | 4 | 29 |
| 2,000--2,099 | 27 | 4 | 30 |
| 2,100--2,199 | 28 | 4 | 31 |
| 2,200--2,299 | 28 | 4 | 32 |
| 2,300--2,399 | 29 | 4 | 33 |
| 2,400--2,499 | 30 | 4 | 34 |
| 2,500--2,599 | 31 | 4 | 35 |
| 2,600+ | Total accessible spaces minus total van spaces | 1 per each 8 accessible spaces | 20 plus 1 for each 100 over 1,000 total car spaces |

Accessible car spaces shall be at least eight feet wide with an access aisle at least five feet wide abutting the space. One in every eight accessible car spaces shall have an abutting aisle eight feet in width. Accessible car space access aisles shall be part of an accessible route to the building or facility entrance. Two accessible car spaces may share a common access aisle. Parked vehicle overhangs shall not reduce the clear width of an accessible route. Accessible car spaces and access aisles shall be level with surface slopes not exceeding one to 50 in all directions. Accessible car spaces serving a particular building shall be located on the shortest accessible route of travel from adjacent parking to an accessible entrance. The accessible route of travel shall not pass behind parking spaces. In parking facilities that do not serve a particular building, accessible car spaces shall be located on the shortest accessible route of travel to an accessible pedestrian entrance of the parking facility. In buildings with multiple accessible entrances with adjacent parking, accessible car spaces shall be dispersed and located closest to the accessible entrances.

Accessible car spaces shall be designated as reserved by a sign showing the symbol of accessibility. Van-accessible spaces shall have an additional sign reading "Van-Accessible" mounted below the symbol of accessibility. Such signs shall be located so they cannot be obscured by a vehicle parked in the space.

**23.15.1108.2 Toilet and Bathing Facilities**

Amend ICC/ANSI 117.1-98 Section 609.4 by adding the following:

   Exception 2:. Grab bar height above tank type water closets must be adjusted to meet Section 609.3 but in no case shall the grab bar exceed 38" in height above the finished floor.

**23.15.1108.4 Kitchens, Kitchenettes and Wet Bars**

Add the following exception:

   Exception 1:. Wet bars in non-public use areas may be adaptable.

**23.15.1109.1 Signs**

Delete Item 1 and replace with the following:

   1. Accessible parking spaces as required by Section 23.15.1106.1

Exhibit C
Page 2 of 2 Pages