### 23.15.1101 Accessibility

Delete Chapter 11 in its entirety and substitute 23.15.1101 through 23.15.1114.

### 23.15.1101.1 General

Buildings or portions of buildings shall be accessible to persons with disabilities as required by this chapter.

Chapter 11 has been amended to comply with the Federal Fair Housing Act (FFHA) Guidelines as published by the U.S. Department of Housing and Urban Development (March 1991) and the Americans With Disabilities Act (ADA) Guidelines as published by the U.S. Architectural and Transportation Barriers Compliance Board and Department of Justice (July 1991).

? The International Symbol of access appearing at the end of text indicates that an accompanying figure referenced to the code section is included in Illustration Figures Appendix.

### 23.15.1101.2 Design

The design and construction of accessible building elements shall be in accordance with this chapter. For a building, structure or building element to be considered to be accessible, it shall be designed and constructed to the minimum provisions of this chapter.

### 23.15.1101.3 Maintenance Of Facilities

Any building, facility, dwelling unit, or site which is constructed or altered to be accessible or adaptable under this chapter shall be maintained accessible and/or adaptable during its occupancy.

### 23.15.1101.4 Alternate Methods

The application of Section 105 of the Uniform Administrative Code to this chapter shall be limited to the extent that alternate methods of construction, designs, or technologies shall provide substantially equivalent or greater accessibility.

### 23.15.1101.5 Modifications

Where full compliance with this chapter is impractical due to unique characteristics of the terrain, the building official may grant modifications in accordance with Section 106 of the Uniform Administrative Code, provided that any portion of the building or structure that can be made accessible shall be made accessible to the greatest extent practical.

### 23.15.1102 DEFINITIONS

For the purpose of this chapter certain terms are defined as follows:

*ACCESSIBLE* is approachable and usable by persons with disabilities.

*ACCESS AISLE* is an accessible pedestrian space between elements, such as parking spaces, seating, and desks, that provides clearances appropriate for use of the elements.

*ACCESSIBLE EXIT* is an exit, as defined in Section 1101.2, which complies with this chapter and does not contain stairs, steps, or escalators.

*ACCESSIBLE ROUTE OF TRAVEL* is a continuous unobstructed path connecting all accessible elements and spaces in an accessible building or facility that can be negotiated by a person using a wheelchair and that is usable by persons with other disabilities.

*ALTERATION* (See Section 1110).

*ALTERATION, SUBSTANTIAL* (See Section 1110).

*AREA FOR EVACUATION ASSISTANCE* is an accessible space which is protected from fire and smoke and which facilitates egress.

*AUTOMATIC DOOR* is a door equipped with a power-operated mechanism and controls that open and close the door automatically upon receipt of a momentary actuating signal. The switch that begins the automatic cycle may be a photoelectric device, floor mat, or manual switch (see also, Power-assisted Door).

*CLEAR* is unobstructed.

*CLEAR FLOOR SPACE* is unobstructed floor or ground space (see Section 1106.2).

*COMMON USE AREAS* are rooms, spaces or elements inside or outside a building that are made available for use by occupants of and visitors to the building.

*CROSS SLOPE* is the slope that is perpendicular to the direction of travel.

*CURB RAMP* is a short ramp cutting through or built up to a curb.

*DETECTABLE WARNING* is a standardized surface feature built in or applied to walking surfaces or other elements to warn visually impaired persons of hazards on a circulation path.

*DIMENSIONAL TOLERANCES*: All dimensions are subject to conventional building industry tolerances for field conditions, to be consistent with ADA Section 3.2.

*DWELLING UNIT, TYPE A* Reserved not used is an accessible dwelling unit that is designed and constructed in accordance with this chapter to provide greater accessibility than a Type B dwelling unit. (Type A dwelling units constructed in accordance with this Chapter also meet the design standards for Type B dwelling units.)

*DWELLING UNIT, TYPE B* is an adaptable dwelling unit that is designed and constructed in accordance with this chapter. (Type B Dwelling Unit Standards are based on the U.S. Department of Housing and Urban Development (HUD) Federal Fair Housing Act Accessibility Guidelines.)

*ELEMENT* is an architectural or mechanical component of a building, facility, space, or site, such as telephones, curb ramps, doors, drinking fountains, seating, or water closets.

Page 8 of 60

Section 1106.14.3, and an electrical outlet installed within 48 inches (1220 mm) of the telephone connection. Such rooms shall have devices separate from the visible alarm system which provide visible notification of incoming telephone calls and door bell actuation.

Where provided in accessible guest rooms the following facilities shall be adaptable: dining areas; kitchens; kitchenettes; wet bars; patios; balconies; terraces; or similar facilities.

### 23.15.1103.1.8.4 Proportional Distribution

Adaptable dwelling units shall be apportioned among efficiency dwelling units, single bedroom units and multiple bedroom units, in proportion to the numbers of such units in the building. Accessible hotel guest rooms shall be apportioned among the various classes of sleeping accommodations.

### 23.15.1103.1.8.5 Congregate Residences

In congregate residences with multi-bed rooms or spaces, a percentage equal to the minimum number of accessible rooms required by Table No. 11-C shall be accessible in accordance with Section 1106.26.

> EXCEPTION: Congregate residences with 10 or fewer occupants need not be accessible.

### 23.15.1103.1.9 Other Parking Facilities

Principal use parking facilities which are not accessory to the use of any building or structure shall provide accessible spaces in accordance with Municipal Ordinance 21.34.080.W.8

### 23.15.1103.2 Design And Construction

### 23.15.1103.2.1 General

When accessibility is required by this chapter, it shall be designed and constructed in accordance with this chapter.

### 23.15.1103.2.2 Accessible Route Of Travel

When a building, or portion of a building, is required to be accessible, an accessible route of travel shall be provided to all portions of the building, to accessible building entrances, and connecting the building and the public way. The accessible route of travel to areas of primary function may serve but shall not pass through kitchens, storage rooms, toilet rooms, bathrooms, closets, or other similar spaces.

> EXCEPTIONS:
>
> 1. A single accessible route shall be permitted to pass through a kitchen or storage room in an adaptable dwelling unit.
>
> 2. An accessible route of travel need not be provided between floor levels, or stories provided that:

Exhibit D

Page 3 of 4 Pages

All floor levels or stories in the building contain less than 3,000 square feet ($278.7 m^2$) each; or

Where only two floor levels are provided either floor is less than 3000 square feet ($278.7 m^2$).

This exception shall not apply to:

    2.1. The offices of health care providers; or,
    2.2. Transportation facilities and airports; or,
    2.3. Buildings owned or leased by government agencies; or
    2.4. Multi-tenant Group M retail and wholesale occupancies of five tenant spaces or more.

3. For sites where natural terrain or other unusual property characteristics do not allow the provisions of an accessible route of travel from the public way to the building, the point of vehicular debarkation may be substituted for the accessible entrance to the site.

(For Group R, Division 1 occupancies, see Section 1105.3.1.)

Accessible routes of travel serving any accessible space or element shall also serve as a means of egress for emergencies or connect to an area of evacuation assistance.

Where more than one building or facility is located on a site, accessible routes of travel shall connect accessible buildings and accessible site facilities. The accessible route of travel shall be the most practical direct route connecting accessible building entrances, accessible site facilities and the accessible site entrances.

### 23.15.1103.2.3 Primary Entrance Access

At least 50% of all public entrances, or a number equal to the number of exits required by Section 1005, whichever is greater, shall be accessible. One of the accessible public entrances shall be the primary entrance to a building. At least one accessible entrance must be a ground floor entrance. Public entrances do not include loading or service entrances.

EXCEPTION: In Group R, Division 1 apartment buildings only the primary entrance need be accessible, provided that the primary entrance provides an accessible route of travel to all dwelling units required to be adaptable.

Where a building is designed not to have common or primary entrances, the primary entrance to each individual dwelling unit required to be accessible, and each individual tenant space, shall be adaptable.

### 23.15.1103.2.4 Signs

### 23.15.1103.2.4.1 International Symbol Of Access

The following elements and spaces of accessible facilities shall be identified by the International Symbol of Access:

Exhibit D
Page 4 of 4 Pages