Add the following definition:

*Conventional industry tolerances* means plus or minus one-half inch up to 36 inches and plus or minus one percent over 36 inches. Slopes may be plus or minus one percent.

(AO No. 2005-130, § 2, 1-1-06)

### 23.15.1106 Parking and passenger loading facilities.

Delete section 1106. Accessible parking and passenger loading facilities shall be provided in accordance with Title 21.

(AO No. 2005-130, § 2, 1-1-06)

### 23.15.1110.1 Signs.

Delete Items 1 and 2 and replace with the following:

1. Accessible parking spaces required by Title 21;
2. Accessible passenger loading zones required by Title 21.

(AO No. 2005-130, § 2, 1-1-06)

### 23.15.1203.2 Attic spaces.

In the first sentence, add the words "insulation and" before the word "ceilings."

Amend third sentence by changing "1 inch" to "1 1/2 inch."

Amend section by deleting the exception in its entirety.

Add a sentence at the end of the paragraph to read as follows:

Attic access shall not be located in a room containing bathing facilities.

(AO No. 2005-130, § 2, 1-1-06)

### 23.15.1210.1 Floors.

Amend paragraph to read as follows:

In other than dwelling units, toilet and bathing room floors shall have a smooth, non-porous, non-absorbent surface such as non-cushioned sheet vinyl, sealed concrete, or ceramic tile with sealed joints or other approved materials. Base shall be of similar materials, shall extend up the wall five inches (127 mm) minimum, and shall be sealed to the flooring and wall surface and allowing differential movement without water penetration.

(AO No. 2005-130, § 2, 1-1-06)

### 23.15.1210.2 Walls.

Amend first paragraph to read as follows:

Walls within two feet (610 mm) of the front and sides of urinals and water closets shall have a

Exhibit B
Page 1 of 1 Pages