William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC. aka STUART ) <br> ANDERSON'S CATTLE COMPANY ) <br> RESTAURANTS, ) <br> ) <br> Defendant. ) <br> ) | Case 3:05-cv-00239-TMB |

**PROPOSED PRETRIAL ORDER**

A.  This matter arises out of a trip-and-fall incident which occurred on January 7, 2003. Plaintiff alleges negligence against defendant ARG Enterprises, Inc., also known as Stuart Anderson's Cattle Company Restaurant in Anchorage.



Exhibit A
Page 1 of 10 Pages

Plaintiff has also alleged negligence per se based on an alleged building code violation. This claim is the subject of an outstanding motion for summary judgment.

Plaintiff has claimed negligence, that Cattle Company did not take reasonable measures to maintain their property to avoid the unreasonable risk of harm to patrons by allowing a difference in elevation between two pieces of cement making up the sidewalk outside the restaurant. Plaintiff is claiming past medical damages and past pain and suffering.

Defendant claims that it maintains its premises in a reasonably safe condition and that plaintiff Marlene Meyer is comparatively negligent for not recognizing and/or avoiding the alleged defect in the sidewalk.

B.  Plaintiff has agreed in interrogatories to a stipulated amount of $23,161.64 in medical bills as a result of this accident. Defendant does not dispute this amount. Plaintiff is also claiming for pain and suffering during her approximately six month recovery from this accident. No future medical bills are claimed or expected.



Exhibit A
Page 2 of 10 Pages

C.  Uncontested Facts

Plaintiff Marlene Meyer visited the Cattle Company restaurant in Anchorage, Alaska on January 7, 2003 and had lunch. After exiting the building, she proceeded to the northeast corner of the building where she tripped and fell injuring her wrist and face. At the approximate location of her fall, two pieces of cement making up the sidewalk are displaced at the seam between the pieces of cement by up to ¾ of an inch depending on how and where the measurement was taken.

Ms. Meyer filed a report with the store at that time and had bruising and a broken hip.

As a result of the accident, Ms. Meyer was initially diagnosed with a fractured wrist and facial contusions. Subsequent evaluations also diagnosed a fractured orbital bone. These fractures took approximately six months to heal.

Marlene Meyer suffered no lost wages or lost income as a result of the accident.

D. The issues remaining for the jury are whether Cattle Company was negligent; whether Marlene Meyer was comparatively negligent; and what are her non-economic damages as a result of this accident.

Exhibit A
Page 3 of 10 Pages

PROPOSED PRETRIAL ORDER
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 4

      E.    Exhibit List, attached

      F.    Defendant's Witness List, attached

DATED this 23rd day of March, 2007, at Anchorage, Alaska.

                        RICHMOND & QUINN
                        Attorneys for Defendant

              By:    s/ William A. Earnhart
                    RICHMOND & QUINN, PC
                    360 "K" Street, Suite 200
                    Anchorage, Alaska 99501
                    Ph: (907) 276-5727
                    Fax: (907) 276-2953
                    wearnhart@richmondquinn.com
                    Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 23rd day of March, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

    /s/ William A. Earnhart
      RICHMOND & QUINN

Exhibit A
Page 4 of 10 Pages

2043\005\PLD\PRETRIAL ORDER

**PROPOSED PRETRIAL ORDER**
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 4 OF 4

William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS, | ) ) ) ) ) |
| Defendant. | ) Case 3:05-cv-00239-TMB ) |

**DEFENDANT'S EXHIBIT LIST**

COME NOW defendant ARG Enterprises, Inc. a/k/a Stuart Anderson's Cattle Company Restaurants, by and through counsel, Richmond & Quinn, and submits its Exhibit List as follows:

Exhibit A    American Restaurant Group Accident Report dated January 7, 2005 (5 pages);

Exhibit A
Page 5 of 10 Pages

| | |
|---|---|
| <u>Exhibit B</u> | Photographs taken by defendant outside Cattle Company Restaurant, identified as DEF 0001 – 16; and DEF 00264 – 277 (30 pages total); |
| <u>Exhibit C</u> | Photographs taken by plaintiff outside Cattle Company Restaurant, identified as 300000 – 09 and four unidentified photographs (16 pages total); and |
| <u>Exhibit D</u> | Photographs taken of plaintiff's business the Flight Deck bar and restaurant, identified as DEF 00251 – 263 (13 pages total); and |
| <u>Exhibit E</u> | Audiotape transcription of January 12, 2005 interview of plaintiff Marlene Meyer (16 pages total). |

DATED this 23rd day of March, 2007, at Anchorage, Alaska.

> RICHMOND & QUINN
> Attorneys for Defendant
>
> By:   s/ William A. Earnhart
> RICHMOND & QUINN, PC
> 360 "K" Street, Suite 200
> Anchorage, Alaska 99501
> Ph:  (907) 276-5727
> Fax: (907) 276-2953
> wearnhart@richmondquinn.com
> Alaska Bar No. 9411099

Exhibit A
Page 6 of 10 Pages

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 23rd day of March, 2007 to:

Robert J. Jrasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
        RICHMOND & QUINN

2043\005\PLD\EXHIBIT LIST

Exhibit A
Page 7 of 10 Pages

DEFENDANT'S EXHIBIT LIST
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3

William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>            Plaintiff,<br><br>     v.<br><br>ARG ENTERPRISES, INC. aka STUART<br>ANDERSON'S CATTLE COMPANY<br>RESTAURANTS,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**DEFENDANT'S WITNESS LIST**

Defendant ARG Enterprises, Inc., aka Stuart Anderson's Cattle Company Restaurants, by and through counsel, Richmond & Quinn, hereby files its witness list with the following.

      Marlene Meyer
      c/o Robert J. Jurasek
      PENTLARGE LAW GROUP
      1400 W. Benson Blvd., Ste. 550
      Anchorage, Alaska 99503

Exhibit  A
Page  8  of  10  Pages

Ms. Meyer will testify as to her actions regarding this incident and her recovery, as well as the standard of care of landowners in Alaska.

> Mike Smith
> Carrie Young
> Cattle Company
> c/o William A. Earnhart
> RICHMOND & QUINN PC
> 360 K Street, Ste. 200
> Anchorage, Alaska 99501

Mr. Smith and Ms. Young will speak as to the history of the location of the accident and the efforts of Cattle Company to maintain the premises. Carrie Young will also speak to plaintiff's report of the accident and condition after the accident.

> Peter G. Hupperton, Expert
> 330 Kayak Drive
> Anchorage, Alaska 99515

Mr. Hupperton is a former OSHA inspector who will speak to the standard of care of landowners in Alaska and as to whether Cattle Company was negligent in their maintenance of the sidewalk in question.

> Any and all witnesses listed or called by plaintiff.
>
> Any and all witnesses identified through further discovery.
>
> Any and all witnesses necessary for rebuttal or surrebuttal.
>
> All witnesses necessary to authenticate documents.
>
> Defendant reserves the right to amend and/or

supplement its witness list at any time up until trial.

Exhibit __A__
Page __9__ of __10__ Pages

DATED this 23rd day of March, 2007, at Anchorage, Alaska.

                    RICHMOND & QUINN
                    Attorneys for Defendant

By:     s/ William A. Earnhart
       RICHMOND & QUINN, PC
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 276-5727
       Fax: (907) 276-2953
       wearnhart@richmondquinn.com
       Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 23rd day of March, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
      RICHMOND & QUINN


2043\005\PLD\WITNESS LIST

Exhibit A
Page 10 of 10 Pages

**DEFENDANT'S WITNESS LIST**
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3