UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ARG ENTERPRISES, INC. aka STUART ) <br> ANDERSON'S CATTLE COMPANY ) <br> RESTAURANTS, ) <br> ) <br>     Defendant. ) <br> ) | Case 3:05-cv-00239-TMB |

## **ORDER**

The court having review the plaintiff unopposed motion to continue pretrial dates, hereby extends those pretrial dates as follows

| | |
|---|---|
| Draft Proposed Pretrial Order <br> (Including witness lists and exhibits) | April 6, 2007 |
| Objections to exhibits | April 13, 2007 |
| Arguments and authorities in favor <br> of admission of said exhibits | April 20, 2007 |
| Jury Instructions | April 23, 2007 |
| Special Verdict form, voir dire <br> and trial briefs | April 23, 2007 |

Dated: 04/10/07          /s/ Timothy M. Burgess <br>
                 TIMOTHY M. BURGESS <br>
                 U.S. DISTRICT COURT JUDGE