UNITED STATES DISTRICT COURT
District of Alaska
Exhibit List

Marlene G. Meyer v. ARG Enterprises, Inc.      Case No. 3:05-cv-00239 TMB

| Presiding Judge: Timothy M. Burgess | | | Plaintiff's Attorney: Robert J. Jurasek | | Defendant's Attorney William A. Earnhart |
|---|---|---|---|---|---|
| Trial Date(s) | | | Court Reporter | | Courtroom Deputy |
| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| | A | 0000187-000191 | | | American Restaurant Group Accident Report dated January 7, 2005 | |
| | B | 00001-00016 and 00264-00277 | | | Photographs taken by defendant outside Cattle Company Restaurant | |
| | C | 300000-300009 | | | Photographs taken by plaintiff outside Cattle Company Restaurant | |
| | D | 00251-00263 | | | Photographs taken of plaintiff's business the Flight Deck bar | |

Exhibit 1
Page 1 of 2 Pages

Exhibit List

Marlene G. Meyer v. ARG Enterprises, Inc.
Case No. 3:05-cv-00239 TMB

| | | | | |
|---|---|---|---|---|
| | | | | |
| E | Audiotape transcription of January 12, 2005 interview of plaintiff Marlene Meyer (16 pages total) | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 2

Exhibit 1
Page 2 of 2 Pages