William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**DEFENDANT'S WITNESS LIST**

Defendant ARG Enterprises, Inc., aka Stuart Anderson's Cattle Company Restaurants, by and through counsel, Richmond & Quinn, hereby files its witness list with the following.

    Marlene Meyer
    c/o Robert J. Jurasek
    PENTLARGE LAW GROUP
    1400 W. Benson Blvd., Ste. 550
    Anchorage, Alaska 99503

Exhibit 2
Page 1 of 3 Pages

Ms. Meyer will testify as to her actions regarding this incident and her recovery, as well as the standard of care of landowners in Alaska.

> Mike Smith
> Carrie Young
> Cattle Company
> c/o William A. Earnhart
> RICHMOND & QUINN PC
> 360 K Street, Ste. 200
> Anchorage, Alaska 99501

Mr. Smith and Ms. Young will speak as to the history of the location of the accident and the efforts of Cattle Company to maintain the premises. Carrie Young will also speak to plaintiff's report of the accident and condition after the accident.

> Peter G. Hupperton, Expert
> 330 Kayak Drive
> Anchorage, Alaska 99515

Mr. Hupperton is a former OSHA inspector who will speak to the standard of care of landowners in Alaska and as to whether Cattle Company was negligent in their maintenance of the sidewalk in question.

> Any and all witnesses listed or called by plaintiff.
>
> Any and all witnesses identified through further discovery.
>
> Any and all witnesses necessary for rebuttal or surrebuttal.
>
> All witnesses necessary to authenticate documents.
>
> Defendant reserves the right to amend and/or

supplement its witness list at any time up until trial.

DATED this 16th day of April, 2007, at Anchorage, Alaska.

                    RICHMOND & QUINN
                    Attorneys for Defendant

By:    s/ William A. Earnhart
      RICHMOND & QUINN, PC
      360 "K" Street, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 276-5727
      Fax: (907) 276-2953
      wearnhart@richmondquinn.com
      Alaska Bar No. 9411099

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 16th day of April, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


   /s/ William A. Earnhart
     RICHMOND & QUINN


2043\005\PLD\WITNESS LIST

**DEFENDANT'S WITNESS LIST**
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3

Exhibit 2
Page 3 of 3 Pages