Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:     (907) 276-8000
bjurasek@gci.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,<br><br>    Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC., aka<br>STUART ANDERSON'S CATTLE<br>COMPANY RESTAURANTS,<br><br>    Defendant. | Case No. A05-0239 CV (JKS)<br><br>**PLAINTIFF'S EXHIBIT LIST** |

COMES NOW Plaintiff, Marlene G. Meyer, by and through counsel, and hereby submits her Exhibit List as follows:

Exhibit 1    Medical records of First Care Medical Center (bates no. 100000-100002 and 200000).

Exhibit 2    Billing records of First Care Medical Center.

Exhibit 3    Medical records of John Duddy, M.D. & J. Stephen Brecht, M.D. (bates no. 110000-110010 and 210000-210008).

Exhibit 4    Billing records of John Duddy, M.D.

Exhibit 5    Medical records of Providence Alaska Medical Center (bates no. 120000-1200001 and 220000 and 220009).

Exhibit 6    Billing records of Providence Alaska Medical Center.

| | |
|---|---|
| Exhibit 7 | Medical records of Ophthalmic Associates, APC (bates no. 130000 – 130010 and 230000 and 230002). |
| Exhibit 8 | Billing records of Ophthalmic Associates, APC. |
| Exhibit 9 | Medical records of Geneva Woods Ear, Nose, Throat (bates no. 140000 and 140008 and 250000 and 250003). |
| Exhibit 10 | Billing records of Geneva Woods Ear, Nose, Throat. |
| Exhibit 11 | Medical records of Alaska Radiology (bates no. 260000 -260003) |
| Exhibit 12 | Billing records of Alaska Radiology. |
| Exhibit 13 | Medical records of Providence Imaging Center. |
| Exhibit 14 | Billing records of Providence Imaging Center. |
| Exhibit 15 | Medical records of Sears Eye Care Center/Sears Optical (bates no. 300000 – 300004). |
| Exhibit 16 | Billing records of Sears Eye Care Center/Sears Optical. |
| Exhibit 17 | Medical records of Talita S. Ikahihifo, M.D. (bates no. 280000 – 280002). |
| Exhibit 18 | Billing records of Talita S. Ikahihifo, M.D. |
| Exhibit 19 | Medical records of W. Scott Kiester, M.D. (bates no. 150000 and 270000 – 270009) |
| Exhibit 20 | Billing records of W. Scott Kiester, M.D. |
| Exhibit 21 | Medical records of Providence Anchorage Anesthesia (bates no. 290000). |
| Exhibit 22 | Billing records of Providence Anchorage Anesthesia. |
| Exhibit 23 | Medical records of Fred Meyer Pharmacy (bates no. 240000 and 240003). |
| Exhibit 24 | Billing records of Fred Meyer Pharmacy. |
| Exhibit 25 | Medical records of Carrs Pharmacy. |

Exhibit 26     Billing records of Carrs Pharmacy.

Exhibit 27     Report of Expert Richard Buttons dated May 9, 2005.

Exhibit 28     Photographs of defendants' premises.

DATED at Anchorage, Alaska, this ___ day of April, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek
ABA # 9111071

**Certificate of Service**

The undersigned hereby certifies that on the ___ day of April, 2007, a true and correct copy of the foregoing document was served by U.S. Mail/ Fax Hand Delivery/Electronic Means on the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

_____
Alice C. Kukowski