Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:       (907) 276-8000
bjurasek@gci.net
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A05-0239 CV (JKS) |
| ) | |
| ARG ENTERPRISES, INC., aka ) | |
| STUART ANDERSON'S CATTLE ) | |
| COMPANY RESTAURANTS, ) | |
| ) | |
| Defendant. ) | **PLAINTIFF'S WITNESS LIST** |

COMES NOW Plaintiff, Marlene G. Meyer, by and through counsel, and hereby files her Witness List as follows:

Marlene Meyer
c/o Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, Alaska 99503

Ms. Meyer will testify regarding the conditions under which the accident occurred, her medical advice sought, her doctors' opinions, and the cost of same.

Richard Buttons (Expert)
EEIS Consulting Engineers
4400 Business Pk. Blvd., Building B
Suite 22
Anchorage, AK 99503

Richard Buttons will testify within his expert capacity consistent with his report dated May 9, 2005.

    J. Stephen Brecht (Expert)
    Alaska Orthopedic Surgeons
    2741 DeBarr Road, Suite C305
    Anchorage, Alaska 99508

Dr. Brecht will provide expert testimony in accordance with Miller v. Phillips, 959 P.2d 1247 (Alaska 1998). It is expected that Dr. Brecht will provide opinions that the incident which is the subject of this lawsuit caused Plaintiff's injuries, that Plaintiff sought appropriate medical treatment, that the treatment incurred as a result of this incident was reasonable and necessary, and that Plaintiff did not worsen her condition by personal action or inaction. May testify by deposition if unavailable for trial date.

    Scott Kiester, M.D. (Expert)
    5001 Arctic Blvd.
    Anchorage, Alaska 99503

Dr. Kiester will provide expert testimony in accordance with Miller v. Phillips, 959 P.2d 1247 (Alaska 1998). It is expected that Dr. Kiester will provide opinions that the incident which is the subject of this lawsuit caused Plaintiff's injuries, that Plaintiff sought appropriate medical treatment, that the treatment incurred as a result of this incident was reasonable and necessary, and that Plaintiff did not worsen her condition by personal action or inaction. May testify by deposition if unavailable for trial date.

    Todd D. Parrish, M.D. (Expert)
    Geneva Woods Ear Nose & Throat Associates, Inc.
    3730 Rhone Circle
    Anchorage, Alaska

Dr. Parrish will provide expert testimony in accordance with Miller v. Phillips, 959 P.2d 1247 (Alaska 1998). It is expected that Dr. Parrish will provide opinions that the incident which is

the subject of this lawsuit caused Plaintiff's injuries, that Plaintiff sought appropriate medical treatment, that the treatment incurred as a result of this incident was reasonable and necessary, and that Plaintiff did not worsen her condition by personal action or inaction. May testify by deposition if unavailable for trial date.

The records custodians for all of the medical providers are expected to have knowledge regarding the authenticity of plaintiff's medical records and bills.

Records custodian of any exhibit that defendant will not stipulate is authentic and is a business record.

Any witness needed to authenticate records.

Any witness previously deposed or hereafter deposed within the term set for discovery in this matter.

All persons listed as witnesses by defendant.

All witnesses whose name or material testimony is first discovered during the discovery period herein.

All witnesses necessary for rebuttal.

Plaintiff reserves the right to amend and/or supplement her Witness List.

DATED at Anchorage, Alaska, this 16 day of April, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: /s/ Robert J. Jurasek
Robert J. Jurasek
ABA # 9111071

Certificate of Service

The undersigned hereby certifies that on the ___ day of April, 2007, a true and correct copy of the foregoing document was served by U.S. Mail/ Fax ~~Hand Delivery/Electronic Means~~ on the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

Alice C. Kukowski