Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:          (907) 276-8000
Attorneys for Plaintiff



RECEIVED
APR 13 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARG ENTERPRISES, INC., aka )<br>STUART ANDERSON'S CATTLE )<br>COMPANY RESTAURANTS, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-0239 CV (~~JKS~~) TMB<br><br><br><br><br><br><br><br>**NOTICE TO COURT** |

COMES NOW Plaintiff, Marlene G. Meyer, by and through counsel, and hereby provides notice to the Court regarding the status of the above-captioned case. Plaintiff's counsel has been in contact with defense counsel. Defense counsel has agreed that he will withdraw his Motion to Dismiss which was filed before the Court approved the extended deadlines. Plaintiff's counsel also discussed a confidential matter with defense counsel that necessitated plaintiff's counsel's time in an unrelated matter.

Plaintiff's counsel is in the process of proposing changes to defense counsel on the parties' Pre-Trial Report and proposed Exhibits. Plaintiff's counsel will have those changes provided to defense counsel the morning of April 16, 2007, as well as complying with all the Court's proposed deadlines currently scheduled for April 13, 2007.

*Meyer v. ARG Enterprises, Inc., et al.,* Case No. A05-0239 CV (JKS)
Notice to Court, Page 1 of 2

Plaintiff's counsel has also spoken to Natalie Day at the Federal District Court and is trying to comply with electronic filing requirements. The prior password provided to plaintiff's counsel did not work and Ms. Day provided a duplicate password.

Plaintiff's counsel apologizes to the Court for the slight delay, but expects that no further time constraints will arise necessitating any further delays in the above-captioned matter and expects to have all matters back on track before this Court as of Monday, April 16, 2007.

DATED at Anchorage, Alaska, this 13 day of April, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek
ABA # 9111071

**Certificate of Service**

The undersigned hereby certifies
that on the 13th day of April, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail/
Hand Delivery/Electronic Means on
the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

_____
Alice C. Kukowski