William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>  v.<br><br>ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**PROPOSED JURY VOIR DIRE**

Along with the court's general questions regarding employment, family members, knowledge of the parties, involvement in prior litigation, and prior jury service, the parties propose the following other questions/topics for jury voir dire:

1.  Please state all groups, organizations and clubs to which you belong.

2.  Number of years in Alaska.

3.  Do you or have you ever worked in the hospitality industry, including restaurant, hotel/motel, or other tourist services?

4.  Do you have any medical background and/or medical professional experience?

DATED this 23rd day of April, 2007, at Anchorage, Alaska.

                              RICHMOND & QUINN
                              Attorneys for Defendant

                     By:    s/ William A. Earnhart
                              RICHMOND & QUINN, PC
                              360 "K" Street, Suite 200
                              Anchorage, Alaska 99501
                              Ph: (907) 276-5727
                              Fax: (907) 276-2953
                              wearnhart@richmondquinn.com
                              Alaska Bar No. 9411099

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 23rd day of April, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
        RICHMOND & QUINN


2043\005\PLD\VOIR DIRE

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953