William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER,<br><br>        Plaintiff,<br><br>    v.<br><br>ARG ENTERPRISES, INC. aka STUART<br>ANDERSON'S CATTLE COMPANY<br>RESTAURANTS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case 3:05-cv-00239-TMB<br>) |

**PROPOSED UNDISPUTED JURY INSTRUCTIONS**

The parties hereby agree that the court should use its own set of standard instructions or if it does not have a set of standard instructions, Ninth Circuit Model Jury Instructions 1.1 through 1.4; 1.6 through 1.13; 2.1 through 2.4; 3.1 through 3.12; 4.1 through 4.5; 5.1; and 7.1 through 7.2.

For substantive instructions, the parties have also enclosed a Statement of the Case, Alaska Pattern Jury Instructions 3.01, 3.02, 3.03A, Duties of a Landlord, 3.06, 20.01A, 20.02A, 20.02B, 20.06, 20.10, 20.13, and Special Verdict Form attached. The instructions are only in dispute to the extent defendant objects to plaintiff's claiming future damages.

DATED this 23rd day of April, 2007, at Anchorage, Alaska.

                          RICHMOND & QUINN
                          Attorneys for Defendant

By:    s/ William A. Earnhart
       RICHMOND & QUINN, PC
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Ph: (907) 276-5727
       Fax: (907) 276-2953
       wearnhart@richmondquinn.com
       Alaska Bar No. 9411099

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

PROPOSED UNDISPUTED JURY INSTRUCTIONS
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 3

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 23rd day of April, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


        /s/ William A. Earnhart
        RICHMOND & QUINN

2043\005\PLD\JURY INSTRUCTIONS

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

PROPOSED UNDISPUTED JURY INSTRUCTIONS
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3

## STATEMENT OF THE CASE

This case arises out of a trip and fall incident which occurred on January 7, 2003. Plaintiff Marlene Meyer alleges negligence against ARG Enterprises, Inc. also known as Stuart Anderson's Cattle Company of Anchorage in maintaining the sidewalk in front of the restaurant.

ARG Enterprises denies negligence and claims that plaintiff did not exercise due care to avoid injury to herself.

You are to determine these issues and although the parties have agreed to the amount of medical bills Ms. Marlene Meyer incurred because of the accident, they would like you to determine the amount she incurred for pain and suffering, loss of enjoyment of life, as well as any future damages she will incur because of this accident.