William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARLENE G. MEYER,              )
                               )
            Plaintiff,         )
                               )
    v.                         )
                               )
ARG ENTERPRISES, INC. aka STUART )
ANDERSON'S CATTLE COMPANY      )
RESTAURANTS,                   )
                               )
            Defendant.         ) Case 3:05-cv-00239-TMB
_____)

**SUPPLEMENT TO DEFENDANT'S TRIAL BRIEF**
**REGARDING OBJECTIONS TO PLAINTIFF'S EXHIBITS**

Defendant objects to Plaintiff's Exhibits 1 through 23 on relevance, and offers specific objections to small portions of Exhibits 3, and 15.  The pages attached hereto as Exhibits A and B are responses to letters from plaintiff's attorney, Robert Jurasek, and were not created in the ordinary course of business.  Thus, defendant objects to them as

hearsay and not medical "business" records. They were specifically created for litigation.

Defendant's remaining objection is to plaintiff's Exhibit 24, the report of their expert. This is also created for litigation. It is being sought to be admitted for the truth of the matter asserted and thus is inadmissible hearsay.

DATED this 25th day of April, 2007, at Anchorage, Alaska.

>     RICHMOND & QUINN
>     Attorneys for Defendant
>
>     By:    s/ William A. Earnhart
>     RICHMOND & QUINN, PC
>     360 "K" Street, Suite 200
>     Anchorage, Alaska 99501
>     Ph: (907) 276-5727
>     Fax: (907) 276-2953
>     wearnhart@richmondquinn.com
>     Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 25th day of April, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
       RICHMOND & QUINN

2043\005\PLD\TRIAL BRIEF SUPPLEMENT

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

**SUPPLEMENT TO DEFENDANT'S TRIAL BRIEF REGARDING OBJECTIONS TO PLAINTIFF'S EXHIBITS**
MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 3 OF 3