Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, AK 99503
Telephone      (907) 276-1919
Fax:           (907) 276-8000
Attorneys for Plaintiff

RECEIVED
APR 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,<br><br>                        Plaintiff,<br><br>v.<br><br>ARG ENTERPRISES, INC., aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS,<br><br>                        Defendant. | Case No. A05-239 CV (JKS)<br><br>PLAINTIFF'S EXHIBIT LIST |

COMES NOW Plaintiff, Marlene G. Meyer by and through her attorneys, PENTLARGE LAW GROUP, and hereby provides notice of filing of the following:

1.)     Plaintiff's exhibit list using the Federal Court's form.

DATED this 23rd day of April, 2007 at Anchorage, Alaska.

                                              PENTLARGE LAW GROUP
                                              Attorneys for Plaintiff

                                              By _____
                                                 Robert J. Jurasek – ASBA 9111071

*CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing document was served via hand delivered/faxed/mailed on this 23rd day of April, 2007 upon the following:

William A. Earnhart, Esq
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501

*[signature]*
Carina G. Millar
Certified Paralegal