RECEIVED
APR 2 3 2007
CLERK, US DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Exhibit List

**Marlene G. Meyer v. ARG Enterprises, Inc.**

Case No. 3:05-cv-00239 TMB

| Presiding Judge: Timothy M. Burgess | | Plaintiff's Attorney: Robert J. Jurasek | | Defendant's Attorney: William A. Earnhart | |
|---|---|---|---|---|---|
| Trial Date(s) | | Court Reporter | | Courtroom Deputy | |

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 1 | | 100000-100002 | | | Medical records of First Care Medical Center | |
| 2 | | 200000 | | | Billing records of First Care Medical Center | |
| 3 | | 110000-110013; 210010 | | | Medical records of John Duddy, M.D. | |
| 4 | | 210000-210009; 230004-230005 | | | Billing records of John Duddy, M.D. | |
| 5 | | 120000-120001; 110021-110065 | | | Medical records of Providence Alaska Medical Center | |
| 6 | | 220001-220005 | | | Billing records of Providence Alaska Medical Center | |
| 7 | | 130000-130025; 130029-130037 | | | Medical records of Ophthalmic Associates, APC | |
| 8 | | 230001-230003 | | | Billing records of Ophthalmic Associates, APC | |
| 9 | | 140000-140008 | | | Medical records of Geneva Woods Ear, Nose & Throat | |

Exhibit List

**Marlene G. Meyer v. ARG Enterprises, Inc.**
Case No. 3:05-cv-00239 TMB

Page 2

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 10 | | 220005-220007 | | | Billing records of Geneva Woods, Ear, Nose & Throat | |
| 11 | | 150000-150004; 150008-150010 | | | Medical records of Scott Kiester, M.D. | |
| 12 | | 270007 | | | Billing records of Scott Kiester, M.D. | |
| 13 | | 160000-160003 | | | Medical records of Talita S. Ikahihifo, M.D. | |
| 14 | | 280004 | | | Billing records of Talia S. Ikahihifo, M.D. | |
| 15 | | 170000-170009; 140009 | | | Medical records of Todd Parish, M.D. | |
| 16 | | 180000-180002 | | | Medical records of Providence Anchorage Anesthesia | |
| 17 | | 290000 | | | Billing records of Providence Anchorage Anesthesia | |
| 18 | | 260004; 260006 | | | Billing records of Alaska Radiology Associates | |
| 19 | | 260007 | | | Billing records of Providence Imaging Center | |
| 20 | | 260005 | | | Billing records of ADL, Inc. | |
| 21 | | 300003-300004 | | | Medical records of Sears Optical | |
| 22 | | 300000-300002 | | | Billing records of Sears Optical | |
| 23 | | 240000-240005 | | | Pharmacy receipts | |

Exhibit List

**Marlene G. Meyer v. ARG Enterprises, Inc.**
Case No. 3:05-cv-00239 TMB

Page 3

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 24 | | 190000-190019 | | | Report of Expert Richard Button, M.D. | |
| 25 | | 00009; 00001; 300000-300014 | | | Photographs outside of Cattle Company Restaurant and Photographs of Plaintiff | |