```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

 MARLENE G. MEYER       vs.   ARG ENTERPRISES, INC.

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO 3:05-CR-0239-TMB

DEPUTY CLERK/RECORDER:   Elisa Singleton

APPEARANCES:    PLAINTIFF: ROBERT JURASEK

                DEFENDANT: WILLIAM EARNHART

PROCEEDINGS: FINAL PRETRIAL CONFERENCE - Held 4/30/2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:06 a.m. court convened.

Court and counsel heard re outstanding motions, trial length, and alternate trial dates. Counsel stated trial will last less than two days.

At 10:14 a.m. court adjourned.

DATE: April 30, 2007    DEPUTY CLERK'S INITIALS:    ES