MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*MARLENE G. MEYER v. ARG ENTERPRISES, INC.,*
*aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS*

Case No. 3:05-cv-0239 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

The Court informed Counsel at the Final Pretrial Conference hearing held on April 30, 2007 that additional briefing on certain pretrial issues may be required. In order to allow additional time for briefing and resolution of pretrial motions the trial will be continued.

**IT IS HEREBY ORDERED:** The Trial currently set for May 23, 2007 is vacated. A new trial date will be set following oral argument on the pending motions.

COUNSEL TO PROVIDE THE FOLLOWING:

Having reviewed the parties' briefing on Defendant ARG Enterprises' Motion for Partial Summary Judgment on Count II of Plaintiff's Complaint, Negligence Per Se, the Court hereby requests supplemental briefing from the Plaintiff, not to exceed five pages, on the question of what, if any, federal, state or municipal laws Plaintiff claims were violated by the conditions alleged to have resulted in Plaintiff's fall. Plaintiff's brief shall be submitted by 05/16/07, at which time Defendant shall have until 05/30/07 to file its response, also not to exceed five pages. If necessary, Plaintiff shall have until 06/06/07 or one week from the filing of Defendant's response in which to file a reply, not to exceed three pages. The Court requests that both parties provide statutory citations and attach any cited statutory provisions as exhibits with relevant language underlined.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: