**13 AAC 50.020. BUILDING CODE.**

The *International Building Code* (I.B.C.), Chapters 1-12, 14-28, 30-32, and 34-35 and Appendix C (2003 Edition) are adopted by reference to regulate all occupancies and buildings with the following revisions:

EXHIBIT " 2 "

Page 1 of 1