Richard Button                                              3:05-CV-00239

Page 34

1   So you can go into any hardware store, Alaska
2   Industrial Hardware, and buy trowels. They've got
3   standard edges. What that radius is, I don't know. It's
4   pretty much accepted by the industry and that's what you
5   get. Probably quarter-inch radius, or something like
6   that.
7       Q. In this particular case the troweled piece of
8   concrete, it's troweled differently than the adjoining
9   pieces of concrete, correct?
10      A. It appears that there was some attempt to fill
11  in what was a flower bed or a planting area. And that
12  that -- and I say that simply because the finish on that
13  particular concrete was different than what you see
14  everywhere else.
15      Q. It appears to have been laid at a later date?
16      A. Could be a later date. Certainly a different --
17  at a different time.
18      Q. It's right on that corner where people may have
19  traveled over the flower bed, or something?
20      A. It -- as I remember it, that extends all the way
21  back -- that extends all the way back to the door. It
22  looks to me like at one time they thought they wanted to
23  have a planting bed in there. And the reality of it is
24  it's on the north side of the building. And it's
25  undercover. And things didn't grow well there. And they

Page 35

1   just ended up with an eyesore, so they filled it in. But
2   I have no basis for that, other than just -- just knowing
3   something about what grows up here, since that's one of
4   my hobbies. And I suspect that's what happened.
5       Q. I think it says in your report that it appears
6   the pieces of cement had moved due to frost heaving
7   and/or settling; is that your opinion?
8       A. I'll have to go look and see what I said.
9           Yeah, I say it was not clear whether the
10  difference was due to frost heave or settling of sections
11  of the sidewalk.
12      Q. Do you have any opinion at all as to why the
13  difference in elevation exists?
14      A. My guess is that it settled. And I say that
15  because, looking at these pictures and looking at -- my
16  pictures were taken in the winter. These pictures, I
17  don't see any snow on the ground. And I've been there
18  recently. And this is -- this piece of concrete's pretty
19  much -- stayed as it shows there. So my guess is that
20  there isn't any frost heave going on. And if there
21  isn't, it probably was settlement.
22      Q. Either frost heaving or settlement, are those
23  uncommon in sidewalk situations here in Anchorage?
24      A. Uncommon, no.
25      Q. Had you ever been to this location prior to

Page 36

1   being retained in this case?
2       A. Sure. My offices are right across the street.
3   So -- although that -- and over the years the Cattle
4   Company's been kind of a hangout, so it's gone through a
5   lot of incarnations and I was part of some of those,
6   so --
7       Q. When you say you were part of some of those, did
8   you ever participate at all in any of the design?
9       A. Not any of the design. I participated in the
10  partying that went on inside.
11      Q. Had you ever noticed that piece of concrete
12  before?
13      A. No.
14      Q. Any particular reason you would notice or not
15  notice it?
16      A. No.
17      Q. Had you ever stumbled there before?
18      A. No.
19      Q. Do you think you had crossed that location
20  before?
21      A. Probably not. I usually don't park on this side
22  of the building.
23      Q. You said several times that sidewalks are
24  supposed to be continuous surfaces. What provision of
25  the code applies to that?

Page 37

1       A. Well, the -- the sections that talk about
2   exiting talk about landings being level surfaces or
3   sloped surfaces, but not discontinuous surfaces.
4       Q. Is this considered a landing, the location of
5   this accident?
6       A. The code often speaks to general areas that --
7   that are then carried on forward. So -- so,
8   in other words, it's understood that you're not going to
9   have ups and downs in any means of egress. And this
10  sidewalk would still be considered a means of egress from
11  the building.
12      Q. When does a landing or a means of egress become
13  a sidewalk or something different?
14      A. When you exit a building and the exit opens onto
15  a sidewalk, then that becomes a means of egress.
16          And there are standards; specifications for
17  sidewalks require that they be level, that there be no
18  change in elevation between the different pieces of it
19  after it's done. And slabs are the same way, they're
20  required to be, you know, not more than quarter-inch out
21  of level in ten feet so -- they're just -- obviously, if
22  we have a sloping site, then sidewalks are going to slope
23  with the site. But within that slope, they're supposed
24  to maintain continuity of elevation, so that you don't
25  trip. That's the whole point, is trying to not trip.

**Page 38**

1  Q. I understand there are standards for making
2  sidewalks. We talked about settling. We talked about
3  freezing. I'm going to assume tree roots can push out
4  pieces of sidewalk?
5  A. Yes, they can.
6  Q. Is that a code violation when the piece of
7  sidewalk becomes unlevel with the adjoining piece?
8  A. Yeah, I would -- I would say that it would be a
9  code violation.
10 Q. Is there any enforcement of those violations?
11 Is that something, you call the Municipality of Anchorage
12 and they'll enforce the code?
13 A. No. You could call them, and they probably
14 should -- I -- I guess I don't have an opinion on that,
15 because I haven't done it, so --
16 Q. If you were the officer to say that this
17 sidewalk was a code violation, what provision would you
18 cite?
19 A. I would go back to the sections that say that --
20 that the maximum difference in elevation that you're
21 allowed on any path of egress is a half-an-inch. And
22 that happens at doorways or thresholds. And that's the
23 exception that's made because, as a practical matter, you
24 need to have a threshold in a doorway.
25 Q. Now, in your report you cite section 1008.1.6

**Page 39**

1  for thresholds. Where is the provision that says
2  sidewalks can't be out of level? Or that -- is there any
3  provision that says -- that says this, the egress has to
4  be continuous?
5  A. There is a section. I guess the assumption is
6  that -- and it's -- it -- I would have to go back and see
7  if I could track down the section, but the assumption of
8  all codes is that the floors are level. That's why you
9  can walk across the lobby here and not end up with
10 changes in floor level, even though it might be
11 convenient, and have tripping hazards.
12 Q. That's an assumption of the code, but it's not a
13 provision of the code.
14 A. Well, it is -- they have accepted the flatness
15 at doorways. So they've given you -- they've allowed
16 that there be a half-inch exception to flat when you walk
17 through a door. I mean, otherwise you wouldn't be
18 allowed that, otherwise you would have to have a flat
19 level means of travel through doorways, which is
20 impractical.
21 Q. I'm not arguing what's smart design or what's
22 good design.
23 A. Sure.
24 Q. But is there a provision that says we're going
25 to have flatness? Is there a specific provision?

**Page 40**

1  A. I would say that, yes, there probably is. I
2  don't have access to it here today. But I can tell you
3  for sure that it is understood.
4  Q. How about in this particular case at the Cattle
5  Company, the curb out to the parking lot, that appears to
6  be out of flat, that's an exception to the flatness of
7  where people walk?
8  A. You're allowed to have rises at stairs and curbs
9  up to seven inches. So I'm -- I mean, so between your
10 street and the typical height for a curb is six inches,
11 but the code allows for stairways a maximum rise or
12 height of seven inches.
13 Q. Is there a minimum rise or height?
14 A. I think it's four. I would have to go back and
15 look. But, yes, they do have a maximum/minimum for the
16 same reason, they don't want -- there is a certain level
17 that people don't perceive well. And so you -- tripping
18 becomes a problem, too, so they define a minimum stair
19 riser height and a maximum.
20 Q. When you say there's a point people don't
21 perceive well, what is the basis of that opinion? What
22 background --
23 A. That's just general conversation with my
24 colleagues over the years.
25 Q. Any colleagues with particular psychological

**Page 41**

1  training?
2  A. No, just general conversation.
3  Q. Engineering colleagues?
4  A. And architectural colleagues.
5  Q. Is there a minimum height for curbs? Is that
6  the same as stairs, or --
7  A. You know, I don't know if there's a minimum
8  height. The Muni has standards for curbs. You can have
9  a rolled curb. You can have a curb for handicapped
10 access. And the -- I believe the -- I'd have to go take
11 a look at the typical detail, I think it probably rolls
12 down to about an inch or half-an-inch, something like
13 that. Those are just standard details that are put out
14 by the Muni.
15     And so the six inches works well. That's
16 usually the curb that we adopt and use in our projects.
17 Although, as I said, they have specific details for --
18 approved details for a handicapped access from a sidewalk
19 to a street.
20 Q. I think we're just about done. Just a second
21 here.
22     You would agree this sidewalk is not a landing
23 or a threshold; is that a fair statement?
24 A. Uh-huh.
25 Q. That's a yes?