NA
2545
.P5
A44
1998

CABO A117.1

# American National Standard

*ICC/ANSI A117.1-1998*

  

## Accessible and Usable Buildings and Facilities

*ICC/ANSI A117.1-1998*



INTERNATIONAL CODE COUNCIL™

Exhibit A
Page 1 of 17 Pages

ICC/ANSI
A117.1-1998

American National Standard

# Accessible and Usable Buildings and Facilities

Secretariat

**International Code Council**
5203 Leesburg Pike, Suite 708
Falls Church, VA 22041

Approved February 13, 1998

**American National Standards Institute, Inc.**
11 West 42nd Street
New York, NY 10036

CONSORTIUM LIBRARY, ANCHORAGE, AK



Exhibit __A__
Page __2__ of __17__ Pages

05/18/2007 FRI 10:21 FAX ☒004/012
Case 3:05-cv-00239-TMB    Document 63-2    Filed 05/21/2007    Page 3 of 6

*First Printing*

Publication Date: October 1998

COPYRIGHT © 1998

by

INTERNATIONAL CODE COUNCIL, INC.

*ALL RIGHTS RESERVED. This Accessible and Usable Buildings and Facilities (ICC/ANSI A117.1-1998) is a copyrighted work owned by the International Code Council, Inc. Without advance written permission from the copyright owner, no part of this book may be reproduced, distributed, or transmitted in any form or by any means, including, without limitation, electronic, optical or mechanical means (by way of example, and not limitation, photocopying, or recording by or in an information storage retrieval system). For information on permission to copy material exceeding fair use, please contact: President, International Code Council, 5203 Leesburg Pike, Suite 708, Falls Church, Virginia, 22041-3401. (Phone 703-931-4533).*

Trademarks: "*International Code Council,*" the "*International Code Council*" logo and "*Accessible and Usable Buildings and Facilities (ICC/ANSI A117.1-1998)*" are trademarks of the International Code Council, Inc. The "*BOCA*" logo is a trademark of Building Officials and Code Administrators International, Inc. The "*ICBO*" logo is a trademark of the International Conference of Building Officials. The "*SBCCI*" logo is a trademark of the Southern Building Code Congress International, Inc.

Published in cooperation with:

BUILDING OFFICIALS AND CODE ADMINISTRATORS INTERNATIONAL, INC.
4051 West Flossmoor Road • Country Club Hills, Illinois 60478-5795
(708) 799-2300

INTERNATIONAL CONFERENCE OF BUILDING OFFICIALS
5360 Workman Mill Road • Whittier, California 90601-2298
(562) 699-0541

SOUTHERN BUILDING CODE CONGRESS INTERNATIONAL, INC.
900 Montclair Road • Birmingham, Alabama 35213-1206
(205) 591-1853



| American National Standard | Approval of an American National Standard requires verification by ANSI that the requirements for due process, consensus, and other criteria for approval have been met by the standards developer. |
|---|---|

Consensus is established when in the judgement of the ANSI Board of Standards Review, substantial agreement has been reached by directly and materially affected interests. Substantial agreement means much more than a simple majority, but not necessarily unanimity. Consensus requires that all views and objections be considered, and that a concerted effort be made toward their resolution.

The use of American National Standards is completely voluntary; their existence does not in any respect preclude anyone, whether he or she has approved the standards or not, from manufacturing, marketing, purchasing, or using products, processes, or procedures not conforming to the standards.

The American National Standards Institute does not develop standards and will in no circumstances give an interpretation of any American National Standard. Moreover, no person shall have the right or authority to issue an interpretation of an American National Standard in the name of the American National Standards Institute. Requests for interpretations should be addressed to the secretariat or sponsor whose name appears on the title page of this standard.

**CAUTION NOTICE:** This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken periodically to reaffirm, revise, or withdraw this standard. Purchasers of American National Standards may receive current information on all standards by calling or writing the American National Standards Institute.

AMERICAN NATIONAL STANDARD

## Contents

**Chapter 1. Application and Administration** ................................................ 1
- 101 Purpose ................................................................................. 1
- 102 Provisions for Adults ............................................................... 1
- 103 Compliance Alternatives .......................................................... 1
- 104 Conventions .......................................................................... 1
- 105 Referenced American National Standards ................................ 1
- 106 Definitions ............................................................................ 1

**Chapter 2. Scoping** ...................................................................... 5
- 201 General ................................................................................ 5
- 202 Dwelling Units ....................................................................... 5
- 203 Administration ...................................................................... 5

**Chapter 3. Building Blocks** ......................................................... 7
- 301 General ................................................................................ 7
- 302 Floor or Ground Surfaces ....................................................... 7
- 303 Changes in Level .................................................................. 7
- 304 Wheelchair Turning Space ..................................................... 8
- 305 Clear Floor or Ground Space ................................................. 8
- 306 Knee and Toe Clearance ....................................................... 9
- 307 Protruding Objects .............................................................. 10
- 308 Reach Ranges .................................................................... 11
- 309 Operable Parts ................................................................... 12

**Chapter 4. Accessible Routes** .................................................. 13
- 401 General .............................................................................. 13
- 402 Accessible Routes .............................................................. 13
- 403 Walking Surfaces ................................................................ 13
- 404 Doors and Doorways ........................................................... 14
- 405 Ramps ................................................................................ 18
- 406 Curb Ramps ....................................................................... 20
- 407 Elevators ............................................................................ 21
- 408 Wheelchair (Platform) Lifts .................................................. 31

**Chapter 5. General Site and Building Elements** ....................... 33
- 501 General .............................................................................. 33
- 502 Parking Spaces .................................................................. 33
- 503 Passenger Loading Zones .................................................. 33
- 504 Stairways ........................................................................... 34
- 505 Handrails ........................................................................... 35
- 506 Windows ............................................................................ 38
- 507 Bus Stop Pads ................................................................... 38

**Chapter 6. Plumbing Elements and Facilities** ........................... 39
- 601 General .............................................................................. 39
- 602 Drinking Fountains and Water Coolers ................................ 39
- 603 Toilet and Bathing Rooms ................................................... 39
- 604 Water Closets and Toilet Compartments .............................. 40
- 605 Urinals ............................................................................... 43
- 606 Lavatories and Sinks .......................................................... 43
- 607 Bathtubs ............................................................................ 44
- 608 Shower Compartments ....................................................... 45
- 609 Grab Bars .......................................................................... 47
- 610 Seats ................................................................................. 49
- 611 Laundry Equipment ............................................................ 50

Exhibit  A
Page  5  of  17  Pages

05/18/2007 FRI 10:42 FAX ☒002/007

# Chapter 1. Application and Administration

### 101 Purpose

The specifications in Chapters 3 through 9, and Sections 1002 and 1004 of this standard make sites, facilities, buildings and elements accessible to and usable by people with such physical disabilities as the inability to walk, difficulty walking, reliance on walking aids, blindness and visual impairment, deafness and hearing impairment, incoordination, reaching and manipulation disabilities, lack of stamina, difficulty interpreting and reacting to sensory information, and extremes of physical size. The intent of these sections of the standard is to allow a person with a physical disability to independently get to, enter, and use a site, facility, building, or element.

Section 1003 of this standard provides technical criteria for Type B dwelling units. These criteria are intended to be consistent with the intent of only the technical requirements of the Federal Fair Housing Amendments Act Accessibility Guidelines. These Type B dwelling units are intended to supplement, not replace, accessible Type A dwelling units as specified in this standard.

This standard is intended for adoption by government agencies and by organizations setting model codes to achieve uniformity in the technical design criteria in building codes and other regulations.

**101.1 Applicability.** Sites, facilities, buildings, and elements required to be accessible shall comply with the applicable provisions of Chapters 3 through 9.

  EXCEPTIONS:
  1. Type A dwelling units shall comply with Section 1002.
  2. Type B dwelling units shall comply with Section 1003.
  3. Dwelling units required to have accessible communication features shall comply with Section 1004.

### 102 Provisions for Adults

The specifications in this standard are based on adult dimensions and anthropometrics.

### 103 Compliance Alternatives

Nothing in this standard is intended to prevent the use of designs, products, or technologies as alternatives to those prescribed by this standard, where equivalent or superior accessibility and usability are provided and such equivalency is approved by the administrative authority adopting this standard.

### 104 Conventions

**104.1 Dimensions.** Dimensions that are not stated as "maximum" or "minimum" are absolute. All dimensions are subject to conventional industry tolerances.

**104.2 Graphics.** Unless specifically stated otherwise, figures included herein are not considered part of the standard and are provided for informational purposes only.

### 105 Referenced American National Standards

**105.1 General.** The American National Standards listed in Section 105.2 are referenced in this document. Where requirements in this standard differ from those of these referenced standards, the requirements of this standard shall apply.

**105.2 Referenced Standards.**

  **105.2.1 Power Operated Pedestrian Doors.** ANSI/BHMA A156.10-1991.

  **105.2.2 Power Assist and Low Energy Power Operated Doors.** ANSI/BHMA A156.19-1997.

  **105.2.3 Safety Code for Elevators and Escalators.** ASME/ANSI A17.1-1996.

  **105.2.4 Audible Emergency Evacuation Signal.** ANSI S3.41-1990.

  **105.2.5 Installation, Maintenance, and Use of Protective Signaling Systems.** NFPA 72-1996.

### 106 Definitions

**106.1 General.** For the purpose of this standard, the terms listed in Section 106.5 have the indicated meaning.

Exhibit A
Page 6 of 17 Pages