Chapter 1. Application and Administration

ICC/ANSI A117.1-1998



Fig. 104.2
Graphic Convention for Figures

**106.2 Terms Defined in Referenced Standards.** Terms not defined in this section, but specifically defined in a referenced standard, shall have the specified meaning from the referenced standard, unless otherwise stated.

**106.3 Undefined Terms.** The meaning of terms not specifically defined in this document or in referenced standards shall be as defined by collegiate dictionaries in the sense that the context implies.

**106.4 Interchangeability.** Words, terms, and phrases used in the singular includes the plural and the plural the singular.

**106.5 Defined Terms.**

**access aisle:** An accessible pedestrian space between elements such as parking spaces, seating, and desks, that provides clearances appropriate for use of the elements.

**accessible:** Describes a site, building, facility, or portion thereof that complies with this standard.

**accessible route:** An interior or exterior circulation path that complies with this standard.

**administrative authority:** A jurisdictional body that adopts or enforces regulations and standards for the design, construction, or operation of buildings and facilities.

**automatic door:** A door operated with power mechanisms and controls.

**Braille:** A system which translates text into cells formed by raised dots.

**characters:** Letters, numbers, punctuation marks, and typographic symbols.

**circulation path:** An exterior or interior way of passage from one place to another for pedestrians.

**counter slope:** Any slope opposing the running slope of a curb ramp or ramp.

Exhibit _A_
Page _1_ of _17_ Pages

05/18/2007 FRI 10:43 FAX                                                                                    ☒004/007

**cross slope:** The slope that is perpendicular to the direction of travel (see running slope).

**curb ramp:** A short ramp cutting through a curb or built up to it.

**destination-oriented elevator system:** An elevator system that provides lobby controls to select destination floors, lobby indicators designating which elevator to board, and a car indicator designating the floors at which the car will stop.

**element:** An architectural or mechanical component of a building, facility, space, or site.

**facility:** All or any portion of a building, structure, or area, including the site on which such building, structure, or area is located, wherein specific services are provided or activities are performed.

**key surface:** The surface or plane of any key or button which must be touched to activate or deactivate an operable part or a machine function or enter data.

**marked crossing:** A crosswalk or other identified path intended for pedestrian use in crossing a vehicular way.

**operable part:** A component of an element used to insert or withdraw objects, or to activate, deactivate, or adjust the element.

**pictogram:** A pictorial symbol which is recognized as representing activities, facilities, or concepts.

**power-assisted door:** A door used for human passage, with a mechanism that helps to open the door, or to relieve the opening resistance of the door.

**ramp:** A walking surface that has a running slope steeper than 1:20.

**running slope:** The slope that is parallel to the direction of travel (see cross slope).

**sign:** An architectural element composed of displayed textual, symbolic, tactile, or pictorial information.

**site:** A parcel of land bounded by a property line or a designated portion of a public right-of-way.

**tactile:** Describes an object that can be perceived using the sense of touch.

**TTY:** Machinery or equipment that employs interactive, graphic communications through the transmission of coded signals across the standard telephone network. The term TTY also refers to devices known as text telephones and TDDs.

**vehicular way:** A route provided for vehicular traffic.

**walk:** An exterior pathway with a prepared surface for pedestrian use.

Pg 4 is Blank, Stephanie

Exhibit A
Page 8 of 17 Pages

3

05/18/2007 FRI 10:43 FAX ⌀005/007

# Chapter 2. Scoping

## 201 General

This standard provides technical criteria for making sites, facilities, buildings, and elements accessible. The administrative authority shall provide scoping provisions to specify the extent to which these technical criteria apply. These scoping provisions shall address the application of the standard to: each building and occupancy type; new construction, alterations, temporary facilities, and existing buildings; specific site and building elements; and to multiple elements or spaces provided within a site or building.

## 202 Dwelling Units

Chapter 10 of this standard contains technical criteria for Type A dwelling units, Type B dwelling units, and dwelling units with accessible communication features. The administrative authority shall specify, in separate scoping provisions, the extent to which these technical criteria apply. These scoping provisions shall address the types and numbers of dwelling units required to comply with each set of dwelling unit criteria.

## 203 Administration

The administrative authority shall provide an appropriate review and approval process to ensure compliance with this standard.

# Chapter 3. Building Blocks

**301 General**

**301.1 Scope.** The provisions of this chapter shall apply where required by the scoping provisions adopted by the administrative authority or by Chapters 4 through 10.

**302 Floor or Ground Surfaces**

**302.1 General.** Floor or ground surfaces shall be stable, firm, and slip resistant, and shall comply with Section 302. Changes in level in floor or ground surfaces shall comply with Section 303.

**302.2 Carpet.** Carpet or carpet tile shall be securely attached and shall have a firm cushion, pad, or backing or no cushion or pad. Carpet or carpet tile shall have a level loop, textured loop, level cut pile, or level cut/uncut pile texture. Pile height shall be $1/2$ inch (13 mm) maximum. Exposed edges of carpet shall be fastened to floor or ground surfaces and shall have trim along the entire length of the exposed edge. Carpet edge trim shall comply with Section 303.



Fig. 302.2
Carpet on Floor or Ground Surfaces

**302.3 Openings.** Openings in floor or ground surfaces shall be of a size that does not permit the passage of a $1/2$ inch (13 mm) diameter sphere, except as allowed in Sections 407 and 408. Elongated openings shall be placed so that the long dimension is perpendicular to the dominant direction of travel.

**303 Changes in Level**

**303.1 General.** Changes in level in floor or ground surfaces shall comply with Section 303.

**303.2 Vertical.** Changes in level of $1/4$ inch (6 mm) high maximum shall be permitted to be vertical.



Fig. 302.3
Openings in Floor or Ground Surfaces



Fig. 303.2
Vertical Changes in Level

**303.3 Beveled.** Changes in level between $1/4$ inch (6 mm) high minimum and $1/2$ inch (13 mm) high maximum shall be beveled with a slope not steeper than 1:2.



Fig. 303.3
Beveled Changes in Level

**303.4 Ramped.** Changes in level greater than $1/2$ inch (13 mm) shall be ramped and shall comply with Section 405 or 406.

**304 Wheelchair Turning Space**

**304.1 General.** A wheelchair turning space shall comply with Section 304.

**304.2 Floor or Ground Surface.** Floor or ground surfaces of a wheelchair turning space shall have a slope not steeper than 1:48 and shall comply with Section 302.

**304.3 Size.** Wheelchair turning space shall comply with Section 304.3.1 or 304.3.2.



(a) Circular



(b) T-shaped

Fig. 304.3
Size of Wheelchair Turning Space

**304.3.1 Circular Space.** The wheelchair turning space shall be not less than 60 inches (1525 mm) diameter minimum. Wheelchair turning space shall be permitted to include knee and toe clearance complying with Section 306.

**304.3.2 T-Shaped Space.** The wheelchair turning space shall be a T-shaped space within a 60 inch (1525 mm) minimum square with arms and base 36 inches (915 mm) wide minimum. Each arm of the T shall be clear of obstructions 12 inches (610 mm) minimum in each direction and the base shall be clear of obstructions 24 inches (1220 mm) minimum. T-shaped wheelchair turning spaces shall be permitted to include knee and toe clearance complying with Section 306 only at the end of either the base or one arm.

**304.4 Doors.** Unless otherwise specified, doors shall be permitted to swing into wheelchair turning spaces.

**305 Clear Floor or Ground Space**

**305.1 General.** Clear floor or ground space shall comply with Section 305.

**305.2 Floor or Ground Surfaces.** Floor or ground surfaces of a clear floor or ground space shall have a slope not steeper than 1:48 and shall comply with Section 302.

**305.3 Size.** The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

**305.4 Knee and Toe Clearance.** Unless otherwise specified, clear floor or ground space shall be permitted to include knee and toe clearance complying with Section 306.

**305.5 Position.** Unless otherwise specified, the clear floor or ground space shall be positioned for either forward or parallel approach to an element.



(a) Forward



(b) Parallel

Fig. 305.5
Position of Clear Floor or Ground Space

Exhibit A
Page 11 of 17 Pages