*A Member of the International Code Family™*



**ICC**

**INTERNATIONAL**
**CODE COUNCIL®**

# INTERNATIONAL

# BUILDING

# CODE®

# 2003

Exhibit___B___

Page____/___of__7___Pages

**1007.7 Signage.** At exits and elevators serving a required accessible space but not providing an approved accessible means of egress, signage shall be installed indicating the location of accessible means of egress.

**1007.8 Exterior area for assisted rescue.** The exterior area for assisted rescue must be open to the outside air and meet the requirements of Section 1007.6.1. Separation walls shall comply with the requirements of Section 704 for exterior walls. Where walls or openings are between the area for assisted rescue and the interior of the building, the building exterior walls within 10 feet (3048 mm) horizontally of a nonrated wall or unprotected opening shall be constructed as required for a minimum 1-hour fire-resistance rating with $^3/_4$-hour opening protectives. This construction shall extend vertically from the ground to a point 10 feet (3048 mm) above the floor level of the area for assisted rescue or to the roof line, whichever is lower.

**1007.8.1 Openness.** The exterior area for assisted rescue shall be at least 50 percent open, and the open area above the guards shall be so distributed as to minimize the accumulation of smoke or toxic gases.

**1007.8.2 Exterior exit stairway.** Exterior exit stairways that are part of the means of egress for the exterior area for assisted rescue shall provide a clear width of 48 inches (1219 mm) between handrails.

**1007.8.3 Identification.** Exterior areas for assisted rescue shall have identification as required for area of refuge that complies with Section 1007.6.5.

# SECTION 1008
# DOORS, GATES AND TURNSTILES

**1008.1 Doors.** Means of egress doors shall meet the requirements of this section. Doors serving a means of egress system shall meet the requirements of this section and Section 1017.2. Doors provided for egress purposes in numbers greater than required by this code shall meet the requirements of this section.

Means of egress doors shall be readily distinguishable from the adjacent construction and finishes such that the doors are easily recognizable as doors. Mirrors or similar reflecting materials shall not be used on means of egress doors. Means of egress doors shall not be concealed by curtains, drapes, decorations or similar materials.

**1008.1.1 Size of doors.** The minimum width of each door opening shall be sufficient for the occupant load thereof and shall provide a clear width of not less than 32 inches (813 mm). Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees (1.57 rad). Where this section requires a minimum clear width of 32 inches (813 mm) and a door opening includes two door leaves without a mullion, one leaf shall provide a clear opening width of 32 inches (813 mm). The maximum width of a swinging door leaf shall be 48 inches (1219 mm) nominal. Means of egress doors in an occupancy in Group I-2 used for the movement of beds shall provide a clear width not less than $41^1/_2$ inches

(1054 mm). The height of doors shall not be less than 80 inches (2032 mm).

**Exceptions:**

1. The minimum and maximum width shall not apply to door openings that are not part of the required means of egress in occupancies in Groups R-2 and R-3 as applicable in Section 101.2.

2. Door openings to resident sleeping units in occupancies in Group I-3 shall have a clear width of not less than 28 inches (711 mm).

3. Door openings to storage closets less than 10 square feet (0.93 m²) in area shall not be limited by the minimum width.

4. Width of door leafs in revolving doors that comply with Section 1008.1.3.1 shall not be limited.

5. Door openings within a dwelling unit or sleeping unit shall not be less than 78 inches (1981 mm) in height.

6. Exterior door openings in dwelling units and sleeping units, other than the required exit door, shall not be less than 76 inches (1930 mm) in height.

7. Interior egress doors within a dwelling unit or sleeping unit which is not required to be adaptable or accessible.

8. Door openings required to be accessible within Type B dwelling units shall have a minimum clear width of $31^3/_4$ inches (806 mm).

**1008.1.1.1 Projections into clear width.** There shall not be projections into the required clear width lower than 34 inches (864 mm) above the floor or ground. Projections into the clear opening width between 34 inches (864 mm) and 80 inches (2032 mm) above the floor or ground shall not exceed 4 inches (102 mm).

**1008.1.2 Door swing.** Egress doors shall be side-hinged swinging.

**Exceptions:**

1. Private garages, office areas, factory and storage areas with an occupant load of 10 or less.

2. Group I-3 occupancies used as a place of detention.

3. Doors within or serving a single dwelling unit in Groups R-2 and R-3 as applicable in Section 101.2.

4. In other than Group H occupancies, revolving doors complying with Section 1008.1.3.1.

5. In other than Group H occupancies, horizontal sliding doors complying with Section 1008.1.3.3 are permitted in a means of egress.

6. Power-operated doors in accordance with Section 1008.1.3.2.

Exhibit _B_

Page _2_ of _7_ Pages

**3404.1.3 New fire escapes.** New fire escapes for existing buildings shall be permitted only where exterior stairs cannot be utilized due to lot lines limiting stair size or due to the sidewalks, alleys or roads at grade level. New fire escapes shall not incorporate ladders or access by windows.

**3404.1.4 Limitations.** Fire escapes shall comply with this section and shall not constitute more than 50 percent of the required number of exits nor more than 50 percent of the required exit capacity.

**3404.2 Location.** Where located on the front of the building and where projecting beyond the building line, the lowest landing shall not be less than 7 feet (2134 mm) or more than 12 feet (3658 mm) above grade, and shall be equipped with a counterbalanced stairway to the street. In alleyways and thoroughfares less than 30 feet (9144 mm) wide, the clearance under the lowest landing shall not be less than 12 feet (3658 mm).

**3404.3 Construction.** The fire escape shall be designed to support a live load of 100 pounds per square foot (4788 Pa) and shall be constructed of steel or other approved noncombustible materials. Fire escapes constructed of wood not less than nominal 2 inches (51 mm) thick are permitted on buildings of Type 5 construction. Walkways and railings located over or supported by combustible roofs in buildings of Type 3 and 4 construction are permitted to be of wood not less than nominal 2 inches (51 mm) thick.

**3404.4 Dimensions.** Stairs shall be at least 22 inches (559 mm) wide with risers not more than, and treads not less than, 8 inches (203 mm) and landings at the foot of stairs not less than 40 inches (1016 mm) wide by 36 inches (914 mm) long, located not more than 8 inches (203 mm) below the door.

**3404.5 Opening protectives.** Doors and windows along the fire escape shall be protected with 3/4-hour opening protectives.

### [EB] SECTION 3405
### GLASS REPLACEMENT

**3405.1 Conformance.** The installation or replacement of glass shall be as required for new installations.

### [EB] SECTION 3406
### CHANGE OF OCCUPANCY

**3406.1 Conformance.** No change shall be made in the use or occupancy of any building that would place the building in a different division of the same group of occupancy or in a different group of occupancies, unless such building is made to comply with the requirements of this code for such division or group of occupancy. Subject to the approval of the building official, the use or occupancy of existing buildings shall be permitted to be changed and the building is allowed to be occupied for purposes in other groups without conforming to all the requirements of this code for those groups, provided the new or proposed use is less hazardous, based on life and fire risk, than the existing use.

**3406.2 Certificate of occupancy.** A certificate of occupancy shall be issued where it has been determined that the requirements for the new occupancy classification have been met.

**3406.3 Stairways.** Existing stairways in an existing structure shall not be required to comply with the requirements of a stairway as outlined in Section 1009 where the existing and construction will not allow a reduction in pitch or rise.

### [EB] SECTION 3407
### HISTORIC BUILDINGS

**3407.1 Historic buildings.** The provisions of this code relating to the construction, repair, alteration, addition, restoration or movement of structures, and change of occupancy shall not be mandatory for historic buildings where such buildings are judged by the building official to not constitute a distinct life safety hazard.

**3407.2 Flood hazard areas.** Within flood hazard areas established in accordance with Section 1612.3, where the work proposed constitutes substantial improvement as defined in Section 1612.2, the building shall be brought into conformance with Section 1612.

   **Exception:** Historic buildings that are:

   a. Listed or preliminarily determined to be eligible for listing in the National Register of Historic Places;

   b. Determined by the Secretary of the U.S. Department of Interior as contributing to the historical significance of a registered historic district or a district preliminarily determined to qualify as an historic district; or

   c. Designated as historic under a state or local historic preservation program that is approved by the Department of Interior.

### [EB] SECTION 3408
### MOVED STRUCTURES

**3408.1 Conformance.** Structures moved into or within the jurisdiction shall comply with the provisions of this code for new structures.

### [EB] SECTION 3409
### ACCESSIBILITY FOR EXISTING BUILDINGS

**3409.1 Scope.** The provisions of Sections 3409.1 through 3409.8 apply to maintenance, change of occupancy, additions and alterations to existing buildings, including those identified as historic buildings.

   **Exception:** Type B dwelling or sleeping units required by Section 1107 are not required to be provided in existing buildings and facilities.

**3409.2 Maintenance of facilities.** A building, facility or element that is constructed or altered to be accessible shall be maintained accessible during occupancy.

**3409.3 Change of occupancy.** Existing buildings, or portions thereof, that undergo a change of group or occupancy shall have all of the following accessible features:

   1. At least one accessible building entrance.

568

2003 INTERNATIONAL BUILDING CODE®