Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:        (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A05-0239 CV (JKS) |
| ) | |
| ARG ENTERPRISES, INC., aka ) | |
| STUART ANDERSON'S CATTLE ) | |
| COMPANY RESTAURANTS, ) | |
| ) | |
| Defendant. ) | **PLAINTIFF'S SUPPLEMENTAL** |
| ) | **EXHIBIT LIST** |

COMES NOW Plaintiff, Marlene G. Meyer by and through her attorneys, PENTLARGE LAW GROUP, and hereby provides notice of filing of the following:

1.)   Plaintiff's Supplemental Exhibit List using the Federal Court's form.

DATED at Anchorage, Alaska on this _5th_ day of June, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: _____
Robert J. Jurasek
ABA 9111071

**Certificate of Service**

The undersigned hereby certifies that on the ____ day of June, 2007, a true and correct copy of the foregoing document was served by U.S. Mail/ ~~Hand Delivery~~/~~Electronic~~ Means on the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

_Alice C. Kukowski_
Alice C. Kukowski

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
Supplemental Exhibit List

Marlene G. Meyer v. ARG Enterprises, Inc.

Case No. 3:05-cv-00239 TMB

| Presiding Judge: Timothy M. Burgess | | Plaintiff's Attorney: Robert J. Jurasek | Defendant's Attorney: William A. Earnhart | |
|---|---|---|---|---|
| Trial Date(s) | | Court Reporter | Courtroom Deputy | |

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 1 | | 100000-100002 | | | Medical records of First Care Medical Center | |
| 2 | | 200000 | | | Billing records of First Care Medical Center | |
| 3 | | 110000-110013; 210010 | | | Medical records of John Duddy, M.D. | |
| 4 | | 210000-210009; 230004-230005 | | | Billing records of John Duddy, M.D. | |
| 5 | | 120000-120001; 110021-110065 | | | Medical records of Providence Alaska Medical Center | |
| 6 | | 220001-220005 | | | Billing records of Providence Alaska Medical Center | |
| 7 | | 130000-130025; 130029-130037 | | | Medical records of Ophthalmic Associates, APC | |
| 8 | | 230001-230003 | | | Billing records of Ophthalmic Associates, APC | |
| 9 | | 140000-140008 | | | Medical records of Geneva Woods Ear, Nose & Throat | |

Supplemental Exhibit List

Marlene G. Meyer v. ARG Enterprises, Inc.
Case No. 3:05-cv-00239 TMB

Page 2

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 10 | | 220005-220007 | | | Billing records of Geneva Woods, Ear, Nose & Throat | |
| 11 | | 150000-150004; 150008-150010 | | | Medical records of Scott Kiester, M.D. | |
| 12 | | 270007 | | | Billing records of Scott Kiester, M.D. | |
| 13 | | 160000-160003 | | | Medical records of Talita S. Ikahihifo, M.D. | |
| 14 | | 280004 | | | Billing records of Talia S. Ikahihifo, M.D. | |
| 15 | | 170000-170011; 140009 | | | Medical records of Todd Parish, M.D. | |
| 16 | | 180000-180002 | | | Medical records of Providence Anchorage Anesthesia | |
| 17 | | 290000 | | | Billing records of Providence Anchorage Anesthesia | |
| 18 | | 260004; 260006 | | | Billing records of Alaska Radiology Associates | |
| 19 | | 260007 | | | Billing records of Providence Imaging Center | |
| 20 | | 260005 | | | Billing records of ADL, Inc. | |
| 21 | | 300003-300004 | | | Medical records of Sears Optical | |
| 22 | | 300000-300002 | | | Billing records of Sears Optical | |
| 23 | | 240000-240005 | | | Pharmacy receipts | |

Supplemental Exhibit List

Marlene G. Meyer v. ARG Enterprises, Inc.
Case No. 3:05-cv-00239 TMB

Page 3

| Ptf. Ex. | Def. Ex. | Bates No. | Offered | Admitted | Description of Exhibit | Limitations on use |
|---|---|---|---|---|---|---|
| 24 | | 190000-190019 | | | Report of Expert Richard Button, M.D. | |
| 25 | | 00009; 00001; 300000-300014 | | | Photographs outside of Cattle Company Restaurant and Photographs of Plaintiff | |