*Geneva Woods Ear, Nose and Throat Associates, Inc.*
FACIAL PLASTIC AND RECONSTRUCTIVE SURGERY

DONALD R. ENDRES, M.D.
TODD D. PARRISH, M.D.
JENNIFER WINGATE, M.D.
RICKY D. STARIWAT, P.A.-C.

3730 RHONE CIRCLE, SUITE 203
ANCHORAGE, ALASKA 99508
TELEPHONE: (907) 563-3515
FAX: (907) 562-0425

January 26, 2007

Robert Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503

RE: Meyer, Marlene
DOB: 05/31/42

RECEIVED
PENTLARGE LAW GROUP
JAN 31 2007
CAL & TICK
ATTY REVIEW

Dear Mr. Jurasek:

I had the pleasure of meeting Ms. Meyer initially January 31, 2005. She had fallen, I believe at a local eating establishment three weeks prior to our visit. High resolution CT scan of the orbit revealed a medial wall fracture with some entrapment of extraconal adipose tissue within the ethmoid sinus with the medial rectus muscle located near the fracture line. She had some diplopia because of the fracture.

The treatment that was recommended based on my evaluation in January was to coordinate surgery with Dr. Carl Rosen for reduction of the orbital fracture via an endoscopic transethmoid approach and also an external approach by Dr. Rosen.

My last follow up with Ms. Meyer was in April 2005, at that time she had some problems with persistent tearing in the right eye that was likely due to surgical swelling in the region of the external approach. At that time, she denied any double vision and endoscopic exam of the nose showed the operative area to be healing well. The patient has not seen me since that time. I do not have any further recommendations from a medical standpoint or from a surgical standpoint. I do not think that her fall caused any permanent damage, problems, or limitations assuming that the tearing has resolved and this has been addressed by Dr. Carl Rosen.

If you have any questions, please do not hesitate to contact me.

Sincerely yours,

Todd D. Parrish, M.D. F.A.C.S.
TDP/man/su

Exhibit A
Page 1 of 1 Pages       140039