MEYER, MARLENE
DOB: 05/31/42

02/12/07

HISTORY OF PRESENT ILLNESS: The patient is seen today in followup from her
surgery done approximately two years ago. The patient was last seen in April 2005.
Since that time, the patient has reported difficulty breathing through the right side of her
nose. She denies any significant nasal drainage. She tries to blow her nose, but is unable
to clear secretions. She denies any pain. She continues to have some epiphora and
tearing.

PHYSICAL EXAMINATION: On physical exam, the patient's extraoculatory
movements appear to be intact. She does have some tearing on the corner of her medial
canthus. External nose is normal. Internal nose reveals the septum to be deviated
towards the right side inferiorly towards the floor of the nose. The right inferior turbinate
is also enlarged. Middle turbinate is not significantly enlarged. No pus, polyps, or
inflamed tissue were seen anteriorly. A 0 degree endoscopy was done after instillation of
lidocaine and Afrin. A 0 degree endoscopy was run initially along the floor of the nose.
This was a difficult maneuver because of the deviated septum along the floor. There is
also convexity at the posterior aspect of the middle turbinate. The inferior turbinate is
enlarged. The scope was then removed and placed back into the nose along the inferior
turbinate with the angle of the exam superiorly. The uncinate process has been removed.
The ethmoid bulla has been opened. The ethmoid air cells are widely opened. The
middle turbinate is not lateralized. There is no synechia seen. The natural ostium of the
maxillary sinus was identified and appears to be patent. No significant mucous is seen in
this region. Left side was examined anteriorly and was found to be normal.

Oral cavity and pharynx are clear. Neck exam is supple without masses,
lymphadenopathy, or other abnormalities.

IMPRESSION: Nasal airway obstruction. I believe this is due to nasal septal deformity
potentially also with inferior turbinates hypertrophy. No evidence of inflammation seen
in the region of the previous surgery. My suspicion is that the patient most likely
suffered a septal fracture at the time of the fall and deviated septum is the result of the
injury and resulting in difficulty with right-sided nasal airway obstruction.

RECOMMENDATION: My recommendation initially is a trial of topical nasal steroids
to improve inflammation. If this is a limited improvement, would recommend
consideration of septoplasty and turbinate reduction on the right side. We will see the
patient back in approximately three to four weeks, when she returns home from
Washington.
Dictated, not reviewed/ag
Todd Parrish, M.D.
TP/rjl/su
cc:    Carl E. Rosen, M.D.

Exhibit   B

Page  1  of  2  Pages

170010

Meyer, Marlene

2/12/07    Problems breathing (R) nostril since Surg

diff breathing (R) side

always congested

esp dry

PE: sept deviation (R) side
(R) inf turb is enlarged
(L) NL

on endoscopy
(R) nasal septal deviation
(R) max open
(R) ethmoid open
sph/infl

(L) clear

Dx: fully patent                    (R)
max mucsa syst / fl chot