Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:       (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A05-0239 CV (JKS) |
| ) | |
| ARG ENTERPRISES, INC., aka ) | |
| STUART ANDERSON'S CATTLE ) | |
| COMPANY RESTAURANTS, ) | |
| ) | |
| Defendant. ) | **UNOPPOSED MOTION** |
| _____ ) | **FOR EXTENSION OF TIME** |

COMES NOW plaintiff, Marlene G. Meyer, by and through counsel, PENTLARGE

LAW GROUP, and hereby files this Unopposed Motion for Extension of Time to Respond to

Defendants' Motion to Strike Plaintiff's Supplemental Exhibit List and Previously

Undisclosed Testimony.   Counsel for Ms. Meyer has spoken with defense counsel and

notified defense counsel that plaintiff's office was unable to locate the original Motion and

there had been no calendaring of the original Motion while plaintiff's counsel was traveling.

Defense counsel agreed to an Unopposed Motion for Extension of Time through Tuesday,

July 17, 2007, for plaintiff to file an Opposition to defendants' Motion to Strike Plaintiffs'

Supplemental Exhibit List and Previously Undisclosed Testimony.

Meyer v. ARG Enterprises, Inc., et al., Case No. A05-239 CV (JKS)
Unopposed Motion for Extension of Time, Page 1 of 2

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919   276-8000 (FAX)

DATED at Anchorage, Alaska this _____ day of July, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By:_____
           Robert J. Jurasek
           ABA No. 9111071

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the _____ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail/
Hand Delivery/Electronic Means on
the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax

_____
Alice C. Kukowski