Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:        (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| MARLENE G. MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. A05-0239 CV (JKS) |
| | ) | |
| ARG ENTERPRISES, INC., aka | ) | |
| STUART ANDERSON'S CATTLE | ) | |
| COMPANY RESTAURANTS, | ) | |
| | ) | |
| Defendant. | ) | **AFFIDAVIT OF COUNSEL** |
| | ) | |

| | | |
|---|---|---|
| STATE OF ALASKA | ) | |
| | )ss: | |
| THIRD JUDICIAL DISTRICT | ) | |

ROBERT J. JURASEK, being first duly sworn upon oath, states as follows:

1. I am an attorney for the Pentlarge Law Group, counsel for plaintiff in the above-referenced matter.

2. On July 12, 2007, defense counsel called plaintiff's counsel asking about an Opposition to an underlying Motion to Strike. I reviewed the file and could not locate a hard copy of a Motion to Strike nor any calendaring of the Motion to Strike and plaintiff's Response time.

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919    276-8000 (FAX)

3. On July 13, 2007, the undersigned contacted Mr. Earnhardt who agreed that plaintiff could have additional time to file an Opposition. Plaintiff's counsel will file the Opposition on or before 4:30 p.m. Tuesday, July 17th, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this _____ day of July, 2007.


_____
ROBERT J. JURASEK

SUBSCRIBED AND SWORN to before me this _____ day of July, 2007.


_____
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires:_____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the _____ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail/
Hand Delivery/Electronic Means on
the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax


_____
Alice C. Kukowski