Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:        (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARG ENTERPRISES, INC., aka )<br>STUART ANDERSON'S CATTLE )<br>COMPANY RESTAURANTS, )<br>)<br>Defendant. )<br>_____ ) | Case No. A05-0239 CV (JKS)<br><br><br><br><br><br><br><br><br>**ORDER GRANTING<br>EXTENSION OF TIME** |

The Court having reviewed the Unopposed Motion for Extension of Time,

IT IS HEREBY GRANTED. Plaintiff shall file any Opposition to Defendants' Motion to Strike Plaintiff's Supplemental Exhibit List and Previously Undisclosed Testimony on or before the close of business July 17, 2007.

DATED at Anchorage, Alaska this _____ day of July, 2007.

                                           _____
                                           John W. Sedwick,
                                           Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the _____ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail/
Hand Delivery/Electronic Means on
the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax


_____
Alice C. Kukowski