Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:      (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. A05-0239 CV (JKS) |
| ) | |
| ARG ENTERPRISES, INC., aka ) | |
| STUART ANDERSON'S CATTLE ) | |
| COMPANY RESTAURANTS, ) | |
| ) | |
| Defendant. ) | **UNOPPOSED MOTION** |
| ) | **FOR EXTENSION OF TIME** |

COMES NOW plaintiff, Marlene G. Meyer, by and through counsel, PENTLARGE LAW GROUP, and hereby files this Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Strike Plaintiff's Supplemental Exhibit List and Previously Undisclosed Testimony. Counsel for Ms. Meyer has spoken with defense counsel and notified defense counsel that plaintiff's office was unable to locate the original Motion and there had been no calendaring of the responsive time for the original Motion while plaintiff's counsel was traveling. Defense counsel agreed to an Unopposed Motion for Extension of Time through Tuesday, July 17, 2007, for plaintiff to file an Opposition to defendants'

Meyer v. ARG Enterprises, Inc., et al., Case No. A05-239 CV (JKS)
Unopposed Motion for Extension of Time, Page 1 of 2

Motion to Strike Plaintiff's Supplemental Exhibit List and Previously Undisclosed Testimony.

DATED at Anchorage, Alaska this 13th day of July, 2007.

                      PENTLARGE LAW GROUP
                      Attorneys for Plaintiff

By: /s/ Robert J. Jurasek
     PENTLARGE LAW GROUP
     rjurasek@gci.net
     ABA No. 9111071

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the __13th__ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail, fax and
to the matrix electronically on 13th day of July, 2007
as follows:

William A. Earnhart, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax

/s/ Robert J. Jurasek
Pentlarge Law Group

Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:      (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC., aka ) <br> STUART ANDERSON'S CATTLE ) <br> COMPANY RESTAURANTS, ) <br> ) <br> Defendant. ) <br> ) | Case No. A05-0239 CV (JKS) <br><br><br><br> **ORDER GRANTING** <br> **EXTENSION OF TIME** |

The Court having reviewed the Unopposed Motion for Extension of Time,

IT IS HEREBY GRANTED. Plaintiff shall file any Opposition to Defendants' Motion to Strike Plaintiff's Supplemental Exhibit List and Previously Undisclosed Testimony on or before the close of business July 17, 2007.

DATED at Anchorage, Alaska this _____ day of July, 2007.

_____
John W. Sedwick,
Judge of the U.S. District Court

Meyer v. ARG Enterprises, Inc., et al., Case No. A05-239 CV (JKS)
Order Granting Extension of Time, Page 1 of 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the __13th____ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail, fax and
to the matrix electronically on 13th day of July, 2007
as follows:

William A. Earnhart, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax

__/s/ Robert J. Jurasek__
Pentlarge Law Group