Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:        (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | | |
|---|---|---|
| MARLENE G. MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. A05-0239 CV (JKS) |
| | ) | |
| ARG ENTERPRISES, INC., aka | ) | |
| STUART ANDERSON'S CATTLE | ) | |
| COMPANY RESTAURANTS, | ) | |
| | ) | |
| Defendant. | ) | **AFFIDAVIT OF COUNSEL** |
| | ) | |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )ss: |
| THIRD JUDICIAL DISTRICT | ) |

ROBERT J. JURASEK, being first duly sworn upon oath, states as follows:

1. I am an attorney for the Pentlarge Law Group, counsel for plaintiff in the above-referenced matter.

2. On July 12, 2007, defense counsel called plaintiff's counsel asking about an Opposition to an underlying Motion to Strike. I reviewed the file and could not locate a hard copy of a Motion to Strike nor any calendaring of the Motion to Strike and plaintiff's Response time.

Meyer v. ARG Enterprises, Inc., et al., Case No. A05-239 CV (JKS)
Affidavit of Counsel, Page 1 of 2

*Left margin (rotated):* PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919    276-8000 (FAX)

3. On July 13, 2007, the undersigned contacted Mr. Earnhardt who agreed that plaintiff could have additional time to file an Opposition. Plaintiff's counsel will file the Opposition on or before 4:30 p.m. Tuesday, July 17th, 2007.

FURTHER AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska this 16th day of July, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By:  /s/ Robert J. Jurasek
　　　　　PENTLARGE LAW GROUP
　　　　　rjurasek@gci.net
　　　　　ABA No. 9111071

SUBSCRIBED AND SWORN to before me this 16th day of July, 2007.

NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: _____

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies
that on the __13th__ day of July, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail, fax and
to the matrix electronically on 13th day of July, 2007
as follows:

William A. Earnhart, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, Alaska 99501
907-276-2953 Fax

 /s/ Robert J. Jurasek
Pentlarge Law Group

Meyer v. ARG Enterprises, Inc., et al., Case No. A05-239 CV (JKS)
Affidavit of Counsel, Page 2 of 2