Robert J. Jurasek, Esq.
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99503
rjurasek@gci.net
(907) 276-1919 Telephone
(907) 276-8000 Facsimile
Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER,            )<br>                              )<br>        Plaintiff,            )<br>                              )<br>vs.                           )<br>                              )<br>ARG ENTERPRISES, INC., a/k/a )<br>STUART ANDERSON'S CATTLE     )<br>COMPANY RESTAURANTS,         )<br>                              )<br>        Defendants.           )<br>_____) | Case No. A05-0239 CV (JKS)<br><br>**ORDER GRANTING**<br>**EXTENSION OF TIME** |

The Court having reviewed the Unopposed Motion for Extension of Time,

IT IS HEREBY GRANTED. Plaintiff shall file any Opposition to Defendants' Motion to Strike Plaintiff's Supplemental Exhibit List and Previously Undisclosed Testimony on or before the close of business July 17, 2007.

DATED at Anchorage, Alaska this _____ day of July, 2007.

_____
John W. Sedwick,
Judge of the U.S. District Court

PENTLARGE LAW GROUP
1400 WEST BENSON BOULEVARD SUITE 550
ANCHORAGE, ALASKA 99503
(907) 276-1919   276-8000 (FAX)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2007, a true and correct copy of the foregoing document was served by Electronic Means to the matrix:

William A. Earnhart, Esq.
Richmond & Quinn
360 K Street, Suite 200
Anchorage, AK 99501
(907) 276-2953 Fax


_____/s/_____
Robert J. Jurasek
Pentlarge Law Group
rjurasek@gci.net
(907) 276-1919