Robert J. Jurasek, Esq. ASBA 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
Telephone (907) 276-1919
Fax:        (907) 276-8000
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC., aka ) <br> STUART ANDERSON'S CATTLE ) <br> COMPANY RESTAURANTS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A05-0239 CV (JKS) <br><br> **PLAINTIFF'S MOTION FOR** <br> **CLARIFICATION OF ORDER** <br> **DATED SEPTEMBER 28, 2007** |

   COMES NOW plaintiff, Marlene G. Meyer, by and through her attorneys,

PENTLARGE LAW GROUP, and hereby asks the Court to clarify its Order of

September 28, 2007 as follows:

   This Court's Order notes that expert testimony is not necessary in this matter and

that questions regarding the fall are well within the common knowledge and experience

of the jury. In opposing defendant's Motion, plaintiff noted that should this Court grant

defendant's Motion to Strike Expert Testimony, plaintiff would likewise ask that

defendant's expert testimony also be excluded. Based on this Court's ruling, plaintiff

requests clarification if both experts for plaintiff and defendant regarding liability issues are stricken or is only the expert for the plaintiff stricken.

DATED at Anchorage, Alaska on this 3rd day of October, 2007.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

By: /s/ Robert J. Jurasek
Robert J. Jurasek
AK Bar Number: 9111071
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Suite 550
Anchorage, Alaska 99503
E-mail: rjurasek@gci.net
Telephone (907) 276-1919
Fax:    (907) 276-8000

**Certificate of Service**

The undersigned hereby certifies
that on the 3rd day of October, 2007,
a true and correct copy of the foregoing
document was served by U.S. Mail and
Electronic Means on the following:

William A. Earnhart, Esq.
Richmond & Quinn
360 K. Street, Suite 200
Anchorage, Alaska 99501

/s/ Traci L. Mosholder
Traci L. Mosholder