William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARLENE G. MEYER,                      )
                                       )
            Plaintiff,                 )
                                       )
     v.                                )
                                       )
ARG ENTERPRISES, INC. aka STUART       )
ANDERSON'S CATTLE COMPANY              )
RESTAURANTS,                           )
                                       )
            Defendant.                 ) Case 3:05-cv-00239-TMB
                                       )

### REQUEST FOR TRIAL SETTING CONFERENCE

COMES NOW defendant, ARG ENTERPRISES, INC. aka STUART ANDERSON'S CATTLE COMPANY RESTAURANTS, by and through counsel, RICHMOND & QUINN, and submits that all dispositive motions have been ruled on in this case; there is an outstanding evidentiary motion.  Moving defendant hereby requests a trial setting conference to set a date for trial in

the above-captioned matter. Defendant does not intend that any pretrial deadlines be extended.

RESPECTFULLY SUBMITTED this 5th day of October, 2007 at Anchorage, Alaska.

        RICHMOND & QUINN
        Attorneys for Defendant

By:     s/ William A. Earnhart
      RICHMOND & QUINN, PC
      360 "K" Street, Suite 200
      Anchorage, Alaska 99501
      Ph: (907) 276-5727
      Fax: (907) 276-2953
      wearnhart@richmondquinn.com
      Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 5th day of October, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503

    /s/ William A. Earnhart
    RICHMOND & QUINN

2043\005\PLD\MOTION-trial setting

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953