William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

MARLENE G. MEYER,                )
                                 )
            Plaintiff,           )
                                 )
    v.                           )
                                 )
ARG ENTERPRISES, INC. aka STUART )
ANDERSON'S CATTLE COMPANY        )
RESTAURANTS,                     )
                                 )
            Defendant.           ) Case 3:05-cv-00239-TMB
_____)

**NOTICE OF SETTLEMENT**

COME NOW plaintiff and the defendant, by and through counsel, and hereby notify the court that they have reached a settlement in this matter. Settlement documents are in the process of being prepared and a Stipulation for Dismissal will be filed upon completion.

DATED this 22nd day of October, 2007, at Anchorage, Alaska.

                                RICHMOND & QUINN
                                Attorneys for Defendant

                By:     s/ William A. Earnhart
                        RICHMOND & QUINN, PC
                        360 "K" Street, Suite 200
                        Anchorage, Alaska 99501
                        Ph:  (907) 276-5727
                        Fax: (907) 276-2953
                        wearnhart@richmondquinn.com
                        Alaska Bar No. 9411099

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 22nd day of October, 2007 to:

Robert J. Jurasek
PENTLARGE LAW GROUP
1400 W. Benson Blvd., Ste. 550
Anchorage, Alaska 99503


    /s/ William A. Earnhart
    RICHMOND & QUINN


2043\005\PLD\SETTLEMENT NOTICE

MEYER v. ARG ENTERPRISES, INC., CASE NO. 3:05-cv-00239-TMB
PAGE 2 OF 2