William A. Earnhart (ABA 9411099)
RICHMOND & QUINN, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Ph:  (907) 276-5727
Fax: (907) 276-2953
wearnhart@richmondquinn.com

Attorneys for defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARLENE G. MEYER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARG ENTERPRISES, INC. aka STUART ) <br> ANDERSON'S CATTLE COMPANY ) <br> RESTAURANTS, ) <br> ) <br> Defendant. ) <br> ) | Case 3:05-cv-00239-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff and the defendant, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

```
                              PENTLARGE LAW GROUP
                              Attorneys for Plaintiff


Dated: November 14, 2007 By:     s/ Robert J. Jurasek
                              Robert J. Jurasek
                              PENTLARGE LAW GROUP
                              1400 W. Benson Blvd., Ste. 550
                              Anchorage, Alaska 99502
                              rjurasek@gci.net
                              Alaska Bar No. 9111071



                              RICHMOND & QUINN
                              Attorneys for Defendant


Dated: November 14, 2007 By:     s/ William A. Earnhart
                              RICHMOND & QUINN, PC
                              360 "K" Street, Suite 200
                              Anchorage, Alaska 99501
                              Ph:  (907) 276-5727
                              Fax: (907) 276-2953
                              wearnhart@richmondquinn.com
                              Alaska Bar No. 9411099
```

2043\005\PLD\DISMISS STIPULATION

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953